UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAISHA HAMILTON, Ph.D. on behalf of herself
and all USA citizens who are similarly situated,

  Nominal Plaintiff / Petitioner,

    v.

UNITED STATES OF AMERICA, in Congress
Assembled,
PAUL RYAN, Speaker of House of Representatives,
MITCH McCONNELL, Majority Leader of Senate,
TED CRUZ, 2016 Candidate for President of USA,
MARK KIRK, Senator from Illinois,
MIKE LEE, Senator from Utah,
MIA LOVE, Representative from Utah,
WILL HURD, Representative from Texas,

  Nominal Defendants / Respondents,

MAISHA HAMILTON, Ph.D. on behalf of herself
and other Republicans who are similarly situated,

  Plaintiff,

    v.

REPUBLICAN NATIONAL COMMITTEE,
REINCE PRIEBUS, Chairman of RNC,

  Defendant.

)
)
)
)
)
)
)
`

16CV9845
JUDGE DER-YEGHIAYAN
MAG. JUDGE ROWLAND

)
)
)
)
)
)
)
)
)
)
)
)

RECEIVED

OCT 19 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JURY DEMAND

## PETITION TO NOMINAL DEFENDANTS / RESPONDENTS [Not Justiciable]
## COMPLAINT FOR INJUNCTION AGAINST DEFENDANT [Justiciable]

1. Plaintiff MAISHA HAMILTON, a citizen of the United States of America from birth

and of the State of Illinois since 1970, born to Republican parents, raised on Republican values, a

card-carrying member of the Republican Party since 2000 [EXHIBIT 1], and a Commissioned

Republican judge [EXHIBIT 2] in federal, state, and local elections since 2010, pursuant to her

First Amendment right to petition the Government for a redress of grievances, hereby petitions

Nominal Defendant UNITED STATES OF AMERICA in Congress Assembled through service

to Nominal Defendant PAUL RYAN, Speaker of the House of Representatives, and through

service to Nominal Defendant MITCH McCONNELL, Majority Leader of the Senate, in order to

seek resolution of an emerging Constitutional crisis, triggered by the immensely flawed 2016

Presidential elections, i.e., whether Government of <u>All the People</u>, by <u>All the People</u> (through

their duly elected representatives), for <u>All the People</u> will perish in this generation and whether

the United States Republic will be forever transformed into a Form of Government that is very

foreign to Justice, Tranquility, and the Blessings of Liberty, unless Congress enforces forthwith

the U.S. Constitution, Article IV, Section 4, which states,

> The United States shall guarantee to every State in this Union a Republican Form of
> Government, and shall protect each of them against Invasion;

And Congress enforces U.S. Constitution, Article I, Section 2, which states,

> The House of Representatives shall be composed of members <u>chosen every second year</u>
> <u>by the People</u> of the several states, and the electors in each state shall have the
> qualifications requisite for electors of the most numerous branch of the state legislature;

And Congress enforces U.S. Constitution, Amend. XVII, which states,

> The Senate of the United States shall be composed of two Senators from each state,
> <u>elected by the People</u> thereof, for six years; and each Senator shall have one vote. The
> electors in each state shall have the qualifications requisite for electors of the most
> numerous branch of the state legislatures;

And Congress enforces U.S. Constitution, Article I, Section 4, which states,

> The Time, Places and Manner of holding Elections for Senators and Representatives shall
> be prescribed in each State by the Legislature thereof; but the <u>Congress may at any time</u>
> <u>by Law make or alter such Regulations</u>, except as to the Places for choosing Senators;

And Congress enforces U.S. Constitution, Article I, Section 5, which states,

> <u>Each House shall be the Judge of the Elections, Returns</u> and Qualifications of its own
> Members;

And Congress enforces U.S. Constitution, Article II, Section 1, which states,

> The Congress may determine the Time of choosing the Electors, and the Day on which they shall give their Votes; which Day shall be the same throughout the United States;

And Congress enforces U.S. Constitution, Amendment V, which states,

> Nor shall any person be deprived of life, liberty, or property without due process of law;

And Congress enforces U.S. Constitution, Amendment XIV, which states,

> No state shall make or enforce any law which shall abridge the privileges or immunities of Citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law;

2. U.S. Constitution, Article IV, Section 4 has never been in full force and effect in the United States. White men with money are the only group that has always, from the arrival of the first European settlers in Jamestown, Virginia in 1607 and continuing to the present day, enjoyed a Republican Form of Government. Few, if any, individual States implement a Republican Form of Government, i.e. government of the people, by the people, for the people. Most, if not all, States implement government of the people by corporate and other business interests for the benefit of officers, shareholders, and other beneficiaries of those entities. Illinois is an oligarchy, wherein all three branches of government are controlled by a few powerful, wealthy, white families to the detriment of poor people, especially if they are black or brown, and for the benefit of families in the oligarchy.

3. Congress has ultimate constitutional responsibility for the election of federal officers, i.e. President, Senators, and Representatives, as stated in Article I, Sections 2, 4, and 5, and as stated in Article II, Section 1, and as stated in Amendment XVII. Congress has a constitutional duty to oversee the time, places, and manner of federal elections that are prescribed by State Legislatures, and to "make or alter such Regulations" as necessary, and to serve as judges of congressional elections, and to determine who is qualified to vote in federal House and Senate

3

elections. State legislatures, acting without constitutional authority, have shifted responsibility for various aspects of federal elections to the Republican National Committee and to the Democratic National Committee. When private political parties assume responsibility for federal primary and general elections they are acting in a quasi-government capacity and as agents of Congress, and said private entities must adhere to the U.S. Constitution and federal election laws.

4.    Article II, Section 1 specifies that voting in a presidential election must take place on a single day, and on the same day in every state in the nation. Therefore, federal election law may not tolerate early voting or absentee voting, as do state election laws.

5.    Another dilemma caused by state legislatures and private political parties assuming responsibility for conducting federal elections are differences between the right to vote in federal elections, which right belongs solely to federal citizens, and the right to vote in state elections, which some states grant to non-citizens, such as illegal aliens. There is also the dilemma of whether federal citizens who have felony convictions can be denied the right to vote in federal elections.

6.    The 2016 federal elections are in a state of chaos. Citizens are being prevented from voting, non-citizens are being permitted to vote, election fraud is rampant, and neither party has produced a nominee for president who promises to deliver a Republican Form of Government to all the People. The time is now for Congress to fulfill its constitutional duty to correct the many constitutional defects in the 2016 federal elections process, which invalidate said process, and get the 2016 federal election back on track.

7.    Plaintiff hereby petitions Nominal Defendant MARK KIRK, Republican Senator from her home state of Illinois, and petitions Nominal Defendant MIKE LEE, Republican Senator from Utah, and petitions Nominal Defendant MIA LOVE, Republican Representative from Utah, and petitions Nominal Defendant WILL HURD, Republican Representative from

4

Texas, to expeditiously draft legislation to enforce Article IV, Section 4, and Article I, Sections 2, 4, and 5, and Article II, Section 1, and Amendments V, XIV, and XVII in order to cure the many constitutional defects in the current federal election processs that, if uncorrected, could destroy the USA as a constitutional Republic, and petitions above-named nominal defendants to shepherd said legislation through the legislative process expeditiously so that the constitutional defects in the 2016 federal elections can be cured forthwith.

8. Plaintiff petitions the USA in Congress Assembled to take control back from private political factions, including the Democratic National Committee and Defendant REPUBLICAN NATIONAL COMMITTEE, which have both been grossly negligent in exercising their assumed authority over the presidential primary election process, which authority lawfully resides with Congress, and for Congress to restore integrity to the federal election process, and protect federal elections from fraud and corruption, and ensure that every citizen has the opportunity to exercise the privilege of voting and that no non-citizens exercise said privilege, and to ensure that federal primary election processes only produce nominees for President who would be both fit for office, and prepared to execute the duties of said office, and ready to preserve, protect and defend the Constitution of the United States, and prepared to enforce the constitutional guarantee for a Republican Form of Government, if elected.

9. And Plaintiff petitions Nominal Defendant TED CRUZ, the only candidate for President of the United States offered by any party who promised to be guided by his faith and the Constitution, if elected President, and to deliver sovereignty to all the People, where it rightly belongs, so that all citizens, regardless of their race, ethnicity, national origin, religion, gender, disability, socioeconomic status, conviction status, or any other characteristic would be able to secure the blessings of liberty to themselves and their posterity, and on the above-stated bases, Plaintiff petitions Senator Cruz not to abandon the many People who believe his inauguration as

5

the next president of the United States may be the only hope this nation has to survive our

current constitutional crisis and keep the Republic that the Revolutionary War was fought to

establish and the Civil War was fought to prevent from perishing from the earth.

10.    Plaintiff complains against the REPUBLICAN NATIONAL COMMITTEE, in the

person of its Chairman, REINCE PRIEBUS, for gross negligence in failing to conduct the 2016

Republican presidential primary election debates in a way that would educate the citizens of the

United States as to which candidate would best fulfill the oath of office for President of the

United States as stated in the U.S. Constitution, Article II, Section 1,

> Before he enter on the execution of his office, he shall take the following oath or
> affirmation: "I do solemnly swear (or affirm) that I will faithfully execute the office of
> President of the United States, and will to the best of my ability, preserve, protect and
> defend the Constitution of the United States;"

11.    Plaintiff complains against the REPUBLICAN NATIONAL COMMITTEE, in the

person of its Chairman, REINCE PRIEBUS, for neglecting to provide support to State, County,

and City Republican Party organizations in the recruitment of Republican election judges and

poll watchers, especially in big cities like Chicago, which are controlled by the Democratic Party

and where all manner of voter and election fraud goes without challenge because there are no

"real" Republican judges working in the polling places to make challenges and no Republican

poll watchers to take notice. State election laws in Illinois, and upon information and belief, in

all 50 states, require a balance between Republican and Democratic election judges at each

polling place. In reality, in cities like Chicago there are only Democratic judges, and some of

them are pretending to be Republican-for-a-day, i.e. election day.

12.    Plaintiff complains against the REPUBLICAN NATIONAL COMMITTEE, in the

person of its Chairman REINCE PRIEBUS for instituting an unconstitutional rule at the 2016

Republican National Convention, which expressly prohibited delegates from exercising their

6

constitutional duty pursuant to Article IV, Section 4, to represent the diverse interests of all of the delegate's constituents, not just the primary election voters, and for delegates to vote as their consciences directed them for a nominee for president whom the delegate believed would best govern USA-Republic for the benefit of the delegate's constituents. There could be no clearer instance of government of the people, by the people through their elected representatives, for the people than delegates voting their conscience for the Republican nominee for president. The RNC rule against voting one's conscience is constitutionally defective because it prohibits a core republican process. The argument that any candidate for president "won fair and square" is also constitutionally defective because a Republican Form of Government is supposed to guard against tyranny by the majority of the citizens who participated in the presidential primaries and, instead, protect the basic rights and interests of all citizens, not just those in the majority.

13. Plaintiff complains against the REPUBLICAN NATIONAL COMMITTEE, in the person of its Chairman REINCE PRIEBUS, for conducting a Rules Committee vote at the 2016 Republican National Convention in a manner that was constitutionally defective in that it violated the 5th Amendment and/or the 14th Amendment, which forbids the United States and the 50 individual States, respectively, from depriving any person of life, liberty, or property without due process of law. *Robert's Rules of Order* should have been in effect when Rules Committee votes were taken, and the RNC violated said rules.

**Plaintiff Maisha Hamilton alleges as follows:**

## JURISDICTION AND VENUE

14. U.S. District Court has jurisdiction over Defendant Republican National Committee pursuant to 28 U.S.C. § 1331 –federal elections, and 28 U.S.C. § 1332, and 52 U.S.C. 10301.

15. This court is the proper venue because Northern District of Illinois Eastern Division is the location where Plaintiff participated in Republican Party affairs, and where she served as a

Republican election judge, and where she observed Democratic Party election fraud. Venue is also proper under 28 U.S.C. § 1332 (diversity of citizenship). Plaintiff is a resident of the State of Illinois. Defendant Republican National Committee is a resident of Washington D.C.

16.    Plaintiff is expecting Congress and the Judiciary to each exercise jurisdiction and to decline to exercise jurisdiction as mandated by the U.S. Constitution and federal laws, giving all due respect to separation of powers.

## PARTIES

17.    Plaintiff MAISHA HAMILTON is a citizen of the United States of America who resides in the City of Chicago, County of Cook, State of Illinois.

18.    Nominal Defendant UNITED STATES OF AMERICA in Congress Assembled is represented by PAUL RYAN, the Speaker of the House of Representatives. He is a Republican.

19.    Nominal Defendant UNITED STATES OF AMERICA in Congress Assembled is represented by MITCH McCONNELL, Majority Leader of the Senate. He is a Republican.

20.    Nominal Defendant TED CRUZ is a resident of Texas who works in Washington D.C. as a U.S. Senator. He entered the 2016 Republican presidential primaries as a candidate for president of the United States on March 23, 2016, and suspended his campaign on May 3, 2016.

21.    Nominal Defendant MARK KIRK is a resident of Illinois who works in Washington D.C. as a U.S. Senator. He is a Republican.

22.    Nominal Defendant MIKE LEE is a resident of Utah who works in Washington D.C. as a U.S. Senator. He is a Republican.

23.    Nominal Defendant MIA LOVE is a resident of Utah who works in Washington D.C. as a U.S. Representative. She is a Republican.

24.    Nominal Defendant WILL HURD is a resident of Texas who works in Washington D.C. as a U.S. Representative. He is a Republican.

25. Defendant REINCE PRIEBUS is Chairman of the REPUBLICAN NATIONAL COMMITTEE, which resides in Washington D.C. He is a Republican.

## FACTUAL ALLEGATIONS

### Guarantee for a Republican Form of Government in Every State: The People are the Citizens and the Citizens are the People

26. In essence, a Republican Form of Government means government of all the People, a/k/a citizens of the United States Republic and of each of the 50 State Republics, by all of the People, a/k/a citizens, through their elected representatives, for the benefit of all the People.

27. The essential elements of a Republican Form of Government are: (1) All citizens of the United States of America, a Republic, enjoy the privilege of voting for U.S. President, U.S. Senators, and U.S. Representatives; and (2) No non-citizen of the United States is eligible to vote for U.S. President, U.S. Senators, or U.S. Representatives; and (3) One eligible voter – One bona fide vote; and (4) Informed voters who participate meaningfully in primary and general elections as well as in self-government of the individual self, of one's family, of one's block, of one's precinct, of one's ward, of one's city, of one's county, of one's State, and of the United States through elected representatives who are committed to protecting the rights and interests of every citizen and resisting the tyranny of the majority.

28. *Pledge of Allegiance* (written and revised 1892 thru 1954). "I pledge allegiance to the Flag of the United States of America, and to the Republic for which it stands, one Nation under God, indivisible with liberty and justice for all."

### Constitutional Convention Records Memorialized Delegates' Reasons for Including the Section on Guarantee for Republican Form of Government in the Constitution (1787)

29. Delegate Elbridge Gerry (of Massachusetts):

The evils we experience flow from the excess of democracy. The people do not want virtue, but are the dupes of pretended patriots.

30.  Delegate George Mason (of Virginia):

Argued strongly for an election of the larger branch by the people. It was to be the grand depository of the democratic principle of the Government. ...It ought to know and sympathize with every part of the community; and ought therefore to be taken not only from different parts of the whole republic, but also from different districts of the larger members of it, which had in several instances, particularly in Virginia, different interests and views arising from difference of produce, of habits etc. He admitted that we had been too democratic but was afraid we should incautiously run into the opposite extreme. We ought to attend to the rights of every class of the people. He had often wondered at the indifference of the superior classes of society to this dictate of humanity and policy; considering that however affluent their circumstances, or elevated their situations, might be, the course of a few years, not only might but certainly would, distribute their posterity throughout the lowest classes of Society. Every selfish motive therefore, every family attachment, ought to recommend such a system of policy as would <u>provide no less carefully for the rights and happiness of the lowest than of the highest orders of Citizens</u>.

31.  Delegate Edmund Randolph (of Virginia):

Observed that the general object was to provide a cure for the evils under which the United States labored; that in tracing these evils to their origin every man had found it in the turbulence and follies of democracy: that some check therefore was to be sought for against this tendency of our Governments: and that a good Senate seemed most likely to answer the purpose.

32.  Delegate James Madison (of Virginia):

Said he should shrink from nothing which should be found essential to such a form of Government as would provide for the safety, liberty and happiness of the community. This being the end of all our deliberations, all the necessary means for attaining it must, however reluctantly, be submitted to.

33.  Dr. Richard Beeman, in an essay titled, *Perspectives On The Constitution: A Republic, If You Can Keep It* (1998), wrote:

Americans had used the doctrine of popular sovereignty--"democracy"--as the rationale for their successful rebellion against English authority in 1776. But they had not yet worked out fully the question that has plagued all nations aspiring to democratic government ever since: how to implement principles of popular majority rule while at the same time preserving <u>stable governments that protect the rights and liberties of all citizens</u>.

If there is a lesson in all of this it is that our Constitution is neither a self-actuating nor a self-correcting document. It requires the constant attention and devotion of all citizens. There is a story, often told, that upon exiting the [1787] Constitutional Convention,

> Benjamin Franklin was approached by a group of citizens asking what sort of government the delegates had created. His answer was: "A republic, if you can keep it." The brevity of that response should not cause us to under-value its essential meaning: democratic republics are not merely founded upon the consent of the people, they are also absolutely dependent upon the active and informed involvement of the people for their continued good health.

34.    Senator Mike Lee, in an op-ed piece for the Washington Times titled, *The battle to "keep" the American Republic* (2016) **[EXHIBIT 3]**, which is attached hereto and by reference incorporated herein, wrote:

> At the heart of the American Republic is a social compact based on mutual trust between the people and the representatives they elect to administer government on their behalf. Government officials are given power to make and enforce the laws on the condition that they respect and remain accountable to the interests and concerns of the people they represent.

35.    Thomas Jefferson's 1776 draft constitution for Virginia, various Revolutionary-era state constitutions, and the Northwest Ordinance (1787) mandated republican government in the states or territories. The concept of republican government had identifiable connotations to the Revolutionary generation. Because the Framers believed that internal disorder threatened republican institutions, they fused the guarantee clause with the clause in Article IV authorizing the federal government to suppress domestic violence. But in its positive connotations, Republican government implied popular sovereignty [government by the People], a balance and separation of powers, and limited government.

36.    Alexander Hamilton, in *The Federalist* numbers 6, 21, 22, 25, 34, and 84, stressed the non-monarchical character of republican governments and the need for a central authority powerful enough to suppress insurrections so as to forestall republican degeneration into absolutism. James Madison, however, in *The Federalist* numbers 10, 14, 39, and 43, emphasized the representative and majoritarian nature of republican government, contrasting it with direct democracies.

### Government of All the People, by All the People [through elected representatives], for All the People Has Never Existed in the United States of America

37.    The *Declaration of Independence* (July 4, 1776) states, "When in the course of

11

human events, it becomes necessary for one people to dissolve the political bands which have connected them with another...." and states,

> We hold these Truths to be self-evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the Pursuit of Happiness – That to secure these Rights, Governments are instituted among Men, deriving their just Powers from the Consent of the Governed, that whenever any Form of Government becomes destructive of these Ends, it is the Right of the People to alter or to abolish it, and to institute new Government laying its Foundation on such Principles, and organizing its Powers in such Form, as to them shall seem most likely to effect their Safety and Happiness.

In 1776, U.S. citizens included free whites and free Africans, but only male citizens who owned land and other property were permitted to run for office and vote.

38.   *Articles of Confederation* (March 1, 1781): This is the original organizational document for the United States of America. It includes the phrases, "the people of the different States in this Union" and "the people of each State shall freely ingress and regress to and from any other State."

In this document, the People included both free whites and free Africans in many States, and expressly excluded paupers, vagabonds, and fugitives.

39.   *The Definitive Treaty of Peace* (1783): This is the treaty that ended the Revolutionary War. It includes the phrases, "the people of the United States" and "the citizens." The People were defined as citizens, and "the people of the United States" were synonymous with the collective citizenry of the individual states.

In some states, free Africans were also citizens and in other states, only free whites were citizens.

40.   *The Constitution of the United States of America* (1787): This is the blueprint for the current governance of this country. It includes the phrase, "We the People of the United States, in Order to form a more perfect Union, ...and secure the Blessings of Liberty to ourselves and our Posterity...."

The People comprised "free Persons," which included free Europeans and free Africans, and

12

comprised "those bound to service for a Term of Years," which were Europeans, and excluded Indians who were not taxed and excluded enslaved Africans, who were considered to be three fifths of a man.

41.   *The Gettysburg Address* (Abraham Lincoln, 1863):

Four score and seven years ago our fathers brought forth on this continent, a new nation, conceived in Liberty, and dedicated to the proposition that all men are created equal. Now we are engaged in a great civil war, testing whether that nation, or any nation so conceived and so dedicated, can long endure. …We here highly resolve that these dead shall not have died in vain -- that this nation, under God, shall have a new birth of freedom -- and that government of the people, by the people, for the people, shall not perish from the earth.

**"The People" of the United States by Race, Class, Gender, and Enfranchisement: The Only Constant Citizen Over Time Has Been White Men with Money.**

42.   The *U.S. Voting Rights Timelines* (2004) **[EXHIBIT 4]**, which is attached hereto and by reference incorporated herein, reveals the following:

In 1776, only men who owned land could vote. In 1787, when the Constitution was written, Indians were not citizens and not taxed and enslaved Africans were counted as three-fifths of a man. In 1789, when George Washington was elected president, only 6% of the population could vote, all of them male. In 1790 only "free white" immigrants could become naturalized citizens, and only the males could vote.

In 1848, Mexicans living in conquered territories were granted citizenship but denied voting rights by violent intimidation and English language requirements. In 1868, formerly enslaved Africans were granted citizenship, but voting rights were granted only to men, and the States interfered with men actual voting. In 1870, the 15th Amendment stated that the right to vote could not be denied based on race, color, or previous condition of servitude, however, voting taxes, literacy tests, and violent intimidation restricted actual voting. In 1876, the Supreme Court ruled that Native Americans were not citizens and could not vote. In 1882, people of Chinese ancestry were barred from becoming naturalized citizens. In 1887, Native Americans who gave up tribal affiliations were granted citizenship. In 1890, Wyoming became

13

the first state to legislate voting for women in its constitution. In 1890, Native Americans were

granted citizenship through approved applications to become naturalized citizens.

In 1919, Native Americans who served in the military during World War I were granted

U.S. citizenship. In 1920, the right to vote was extended to women. In 1922, the Supreme Court

ruled that people of Japanese heritage were ineligible to become naturalized citizens. In 1924,

Native Americans were granted citizenship, however, many states made laws and policies that

prohibited them from voting. In 1925, Filipinos were denied citizenship unless they served three

years in the Navy.

In 1947, New Mexico and Arizona were required to give the vote to all Native

Americans. In 1952, all people of Asian ancestry were granted the right to become citizens. In

1961, citizens of Washington D.C. were given the right to vote for U.S. President.

In 1963-1964, there was a movement to register African Americans in the South to vote,

and State officials used voting taxes, literacy tests, and violent intimidation to prevent voting. In

1964, the 24th amendment guaranteed that the right to vote in federal elections would not be

denied for failure to pay any tax. In 1965, the Voting Rights Act passed. In 1971, the 26th

Amendment passed, and granted voting rights to 18-year-olds. In 2000, residents of U.S.

territories were declared citizens but were not given the right to vote.

**2016 Federal Primary Elections Unconstitutional: Patterns and Practices Differ
from State to State as to Whether or Not Federal Citizens Can Be Denied the Right to Vote
in Federal Elections Because They Are Convicted Felons**

43. A copy of *Map of State Felon Voting Laws* (2016) is attached hereto and by

reference incorporated herein **[EXHIBIT 5]**. A copy of *State Felon Voting Laws* (2016) is

attached hereto and by reference incorporated herein **[EXHIBIT 6]**.

44. There is variation from State to State as to if and when convicted felons can vote. In

11 states, convicted felons may lose their right to vote permanently. In 19 states, the right to vote

14

is restored after completion of the term of incarceration, parole, and probation. In 4 states, the right to vote is restored after completion of the term of incarceration and parole. In 14 states and Washington D.C., the right to vote is restored after completion of the term of incarceration. In 2 states, convicted felons may vote by absentee ballot while in prison.

45.    The 14th Amendment to the U.S. Constitution complicates the matter with the language in Section 2: Representatives shall be apportioned among the several states according to their respective numbers, counting the whole number of persons in each state, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice President of the United States, Representatives in Congress, the executive and judicial officers of a state, or the members of the legislature thereof, is denied to any of the male inhabitants of such state, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such state.

46.    Section 2 of the Voting Rights Act may be applicable to felon disenfranchisement because Congress has the authority to legislate felon voting in federal elections.

**2016 Federal Primary Elections Unconstitutional: Patterns and Practices Differ among States as to Whether or Not Illegal Immigrants, and Others Who Are Not Federal Citizens Are Permitted to Vote in Federal Elections.**

47.    A copy of *California Allows Non-Citizens to Vote, Which is Illegal, So Every California Vote Should Be Disqualified* (2016) is attached hereto and by reference incorporated herein **[EXHIBIT 7]**. A copy of *Supreme Court: Arizona Law Requiring Citizenship Proof for Voters is Illegal* (2013) is attached hereto and by reference incorporated herein **[EXHIBIT 8]**. A copy of FoxNews.com report titled, *Non-citizens caught voting in 2012 presidential election in key swing state*, is attached hereto and by reference incorporated herein **[EXHIBIT 9]**.

48.     There is variation among States as to whether or not a State will permit illegal

immigrants to vote in federal elections. Upon information and belief, sanctuary cities usually

permit immigrants to vote without poof of citizenship. Historically, political machines depended

on the votes of immigrants to win elections. *Big city political machines and Boss Tweed is*

attached hereto and by reference incorporated herein **[EXHIBIT 10]**.

49.     It should be noted that the criteria for federal citizenship may differ from the criteria

for state citizenship, depending on the State of comparison. The 14th Amendment to the U.S.

Constitution states, "All persons born or naturalized in the United States, and subject to the

jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No

state shall make or enforce any law which shall abridge the privileges or immunities of citizens

of the United States." The U.S. Supreme Court precedential case which defines the meaning of

"subject to the jurisdiction thereof" and implications for citizenship is *Elk v. Wilkins*, 112 U.S. 94

(1884). However the Executive Branch of government chooses to act contrary to the law.

**2016 Federal Primary Elections Unconstitutional: Patterns and Practices Differ
among States as to Selecting, Binding, and Releasing Delegates**

50.     State Party committees, which are private interest groups, control federal elections

rather than voters through their elected representatives, delegates, and electors.

51.     Selecting delegates: The selection of delegates varied from state to state in 2016. In

some states, such as Alabama, delegates were elected directly by voters in the state's primary

election. In other states, such as Minnesota, delegates were elected or selected at district and state

conventions. Some states like Hawaii and Louisiana allowed presidential campaigns to play a

direct role in the selection of delegates by letting them submit lists of preferred delegates or form

committees to select delegates.

52.     Binding delegates: In most states, national party rules required delegates to be

"bound" to support the candidate to whom they were allocated at the national convention. Some delegates, such as those from Massachusetts and Virginia, were only bound to support their candidate through the first round of voting. Delegates from other states were bound to support their candidate through the second and third rounds of voting. A few states, such as New Mexico and Mississippi, had party rules or state laws governing what would have happened if a delegate voted for a candidate other than the one to whom they were bound.

53. Releasing delegates: Many states with party rules or laws that bound delegates to candidates also had mechanisms to release them from their candidate. In Connecticut, for example, a candidate could release his or her delegates by submitting a signed letter to that effect to the state party. Several state parties had rules that automatically released delegates if a candidate withdrew from the race. In Michigan and Nevada, delegates were automatically released if a candidate suspended his or her campaign.

**State Boards of Election Cannot Honestly Certify Federal Primary Election Returns Due to Patterns and Practices that Violate State Election Laws Which Require a Balance of Republican and Democratic Election Judges at Polling Places in Democratic Cities with Large African American Populations**

54. Illinois statute, 10 ILCS 5/14 –*Judges in Municipalities Under Boards of Election Commissioners*, which is attached hereto and by reference incorporated herein **[EXHIBIT 11]**, require a balance between Republican and Democratic election judges in every precinct. The primary purpose of this statute is for the judges of each party to monitor voter and election fraud by voters and election personnel associated with the other party. Definitely in Chicago, and upon information and belief, also in other big cities that are controlled by the Democratic Party and where there are significantly high numbers of residents who are African American, Latino, illegal immigrants, and/or formerly incarcerated people, there are few "real" Republican judges, and voter/election fraud is pervasive and unchecked.

17

55. Plaintiff served as a Republican election judge in the 2010 general election, and the 2011 municipal general election, and the 2011 municipal runoff and supplementary aldermanic election, and the 2012 general election, and the 2014 general election **[EXHIBIT 2]**, which is attached hereto and by reference incorporated herein, and the 2015 municipal general election, and the 2015 municipal runoff and supplementary aldermanic election, and was appointed to be an election judge in the 2016 primary election but was intimidated from serving. One constant every election was that one or more electronic machines failed to function properly and the judges were told to send the ballots downtown to be counted.

### 2010 General Election: Plaintiff Served as an Election Judge

56. In the summer of 2010, Plaintiff received a letter from Richard Cowen, Republican Commissioner on the Chicago Board of Election Commissioners, that stated that there was a shortage of Republican judges, and invited Plaintiff to apply to sever as a judge. A copy of the said letter is attached hereto and by reference incorporated herein **[EXHIBIT 12]**. On September 16, 2010, the Chicago Republican Party emailed a flyer to Plaintiff that stated that the Chicago Democratic Machine would steal the election if the Republican Party did not supply election judges. Said email is attached hereto and by reference incorporated herein **[EXHIBIT 13]**. Chicago has a long history of voter fraud. A 2012 article, *Voter Fraud Could Decide Next Election* is attached hereto and by reference incorporated herein **[EXHIBIT 14]**.

57. Plaintiff contacted Patti Battista and applied to be a Republican election judge for the November 2, 2010 general election. Bill Brady was the Republican candidate for Governor of Illinois, and Mark Kirk was the Republican candidate to fill Barack Obama's senate seat. Plaintiff was assigned to work at 2606 W. Division Street, Chicago, IL 60622 in the 26th ward where Roberto Maldonado was then and still is now the alderman for the City of Chicago and the Committeeman of the Cook County Democratic Party.

58. When Plaintiff arrived at her assigned polling place on November 2, 2010, the judges gathered together to decide who would be a Republican judge and who would be a Democratic judge that day. The other judges, all Democrats, stated such things as, "I was a Republican last time, and now it's somebody else's turn to be a Republican." When Plaintiff stated that she really was a Republican, at first the other judges laughed and told her to stop joking, and when Plaintiff insisted that she was a Republican, they made her feel unwelcome.

59. One of the judges stated that she had attended a meeting the day before, and that she was instructed that Pat Quinn had to win for governor and Alexi Giannoulias had to win the U.S. Senate seat. Before the polls opened, Plaintiff noticed that the judges refused and failed to run a zero report for the voting card activator, and delayed activating the electronic poll book.

60. Early in the day on November 2, 2010, Plaintiff challenged a voter whose digitized imaged signature on the Application for Ballot did not match the voter's signature that day, and the other judges confronted Plaintiff, and she told them that she was serving as an election judge to make sure the Democrats did not steal the election. Thereafter the other judges called Alderman Maldonado to come to the polling place to talk to Plaintiff. When the alderman arrived, he stated to Plaintiff, "You're taking this Republican thing too seriously."

61. The polling place was a small storefront business, Puerto Rican Unidos En Accion, and it remained open for business during the time the polls were open. Plaintiff could see poll watchers check with election judges to see who had not yet voted, and then share this information with Accion staff who were sitting in front of computers, with clients in front of them and telephones in their hands. Plaintiff could hear agency staff speaking on the telephone, and saying, "If you want your food stamps and mail you'd better come and vote." Plaintiff could see poll watchers leave the building and come back with a person who used the name of a person that the poll watcher had been told had not voted.

19

62. The second time that Plaintiff challenged a signature, the other judges called Alderman Maldonado to come to the polling place to talk to Plaintiff again and also called the Board of Elections to request that Plaintiff be removed as an election judge. Again the alderman arrived first, and chastised Plaintiff about taking her title as a Republican judge too seriously. When Plaintiff told him she really was a Republican, he expressed surprise, and then asked her how she as a black woman could interfere with the voting process in a Latino polling place. Plaintiff told the alderman that she had agreed to serve as an election judge in order to help prevent the Democrats from stealing the election.

63. As Plaintiff continued to do her job as an election judge, a uniformed Chicago police officers arrived and started writing a complaint against Plaintiff. Soon after an Assistant Cook County State's attorney arrived and after conferring with the police officer, started writing something. After that an Assistant Attorney General arrived and conferred with the police officer and the assistant state's attorney, and started writing something. No one spoke to Plaintiff, who kept doing her job. When the police, the state's attorney, and the attorney general went into a huddle, Plaintiff took out her phone and called the Illinois Republican Party office.

64. On November 2, 2010 at 11:10 a.m., Plaintiff received a call-back message on her phone: "Hi Maisha. This is Nathan Carnon. I'm calling from the Illinois Republican Party. I got a report that you ...uhn have been having issues at the 26th precinct.... We're going to be sending someone there... or in the 26th ward. We're going to be sending someone there right now. Give us a call. It's 312-201-9000. Ask to talk to Nathan or Eric, 0179." When Plaintiff returned Nathan's call, he told her that the police did not have authority to remove a commissioned election judge, and that I should stay put until a lawyer arrived to help me.

65. Republican U.S. Senate candidate Mark Kirk caused the Republican Party to send a lawyer to assist me. When the lawyer arrived, the police were just about to take Plaintiff into

custody, and the lawyer interceded. The lawyer, the alderman, the police officer, the state's attorney, and the attorney general all went outside and talked for an extended period of time. The lawyer stayed all afternoon, talked to all parties concerned and things settled down by the end of the day. On November 2, 2010, I watched the Democratic Machine steal the election from Bill Brady. Senator Kirk miraculously won.

### 2012 General Election: Plaintiff Served as an Election Judge

66. On November 6, 2012, Plaintiff was assigned to work as an election judge in the 4th Ward, 22nd precinct in Hyde Park. Kim Kozlowski, a reporter for The Detroit News was looking for a black Republican to interview, and I was likely the only such person in the vicinity. The article that she wrote is attached hereto and by reference incorporated herein **[EXHIBIT 15]**.

### 2014 General Election: Plaintiff Served as an Election Judge

67. Plaintiff was commissioned to serve as a Republican judge for the November 4, 2014 general election. The Commission letter is attached hereto and by reference incorporated herein **[EXHIBIT 15]**. When Plaintiff attended the 2014 general election judge's training, she heard the trainer state that other jurisdictions were so impressed by Chicago/Cook County's successes in winning elections that the Chicago Way was being exported to other jurisdictions.

### 2015 Municipal General Election: Plaintiff Served as an Election Judge

68. Plaintiff was commissioned to serve as a Republican judge for the February 24, 2015 municipal general election, wherein Rahm Emanuel was running for reelection as Mayor of Chicago. A few days before election day, Plaintiff received a postcard in the mail that stated that her lawsuit against Karen Yarbrough, Cook County Recorder of Deeds, would be dismissed if Plaintiff failed to appear in court on election day. Ms. Yarbrough is Vice Chairwoman of the Democratic Party of Illinois. Plaintiff did not serve as an election judge on February 24, 2014,

and was not called to serve as an election judge in the April 7, 2015 municipal general runoff and supplemental aldermanic elections.

### 2016 General Election: Plaintiff Intimidated From Serving as an Election Judge

69.    In approximately January 2016, Plaintiff went to the office of the Board of Election Commissioners for the City of Chicago to inquire about serving as an election judge in the March 15, 2016 primary election. Plaintiff heard staff state that her name had been removed from the list of judges because Plaintiff did not serve as a judge in February or April 2015. When Plaintiff asked if all the wards had the legally required number of Republican judges, the staff person responded in the affirmative. When Plaintiff pressed to inquire if the Republican judges were real Republicans or if they were Democrats pretending to be Republicans, the staff person said she did not know. Plaintiff asked to speak with Patti Battiste, the staff person appointed to assist the Republican Commissioner, and the staff person stated that Ms. Battiste no longer worked for the Board of Elections. Plaintiff asked to speak to Ms. Battiste's replacement and the staff person stated that there was no replacement and nobody who helped to ensure appointment of Republican election judges.

70.    Plaintiff showed the Board of Elections staff person the two statutes, 10 ILCS 5/14-3.1 and 10 ILCS 5/14-4, which specify Illinois' requirement for a balance of election judges from both the Democratic and Republican Party **[EXHIBIT 11]**.

71.    Plaintiff asked if priority would be given to a judge who was actually a Democrat pretending to be a Republican over a real Republican. Without answering Plaintiff's question, the Board of Elections staff person stated that she would find a polling place for Plaintiff to work as a Republican election judge. The staff person left the lobby and returned with an assignment where Plaintiff could serve as an election judge, however, the staff person failed to give Plaintiff an assignment for mandatory judge's training.

72.    When Plaintiff returned a week or so later to get her judge's training assignment,

Plaintiff was told that all the training slots were already taken, and that Plaintiff could not serve

as a judge without training because the machines were different now. When Plaintiff overheard

the staff person assign a walk-in judge to training in downtown Chicago, Plaintiff asked if she

could be assigned there too. The staff person said, "No," and left the reception area. She returned

with an assignment to a training site that was more than 2 hours away by bus, and in a remote

area, and in the jurisdiction of the Chairman of the Democratic Party of Illinois. The staff person

stated that Plaintiff was special and that the Board of Elections had something special in mind for

Plaintiff, and handed her a Refresher Training Class letter. Fearing that she would be falsely

arrested or physically harmed in this hostile and faraway neighborhood, Plaintiff decided not to

attend the training.

73.    A week or so before election-day, Plaintiff got a phone call from Chicago Board of

Elections asking if Plaintiff would allow her cell phone to be used on election day and if she

would serve as the Key Envelope Judge. At first Plaintiff agreed, but it seemed odd that the

Democratic Machine operatives would give Plaintiff, a Republican, so much authority. Upon

information and belief, Plaintiff concluded that she would likely be arrested if she went to the

City of Chicago Martin Luther King Community Center to pick up the key, and she declined

these extra duties. Plaintiff felt too intimidated by the Democratic Machine to serve as an

election judge in the March 15, 2016 primary election in Illinois.

### 2016 General Election: Plaintiff Voted in Her Precinct

74.    On March 15, 2016 at approximately 6:20 a.m., Plaintiff voted in the polling place

for the precinct where she lived. Fraud and corruption by the election judges was pervasive.

Following is Plaintiff's narrative of the events primary election day stated in the first person:

When I arrived at the polling place, I spoke to Judge A, who was sitting at a table set up to register new voters. Judge A directed me to a table where Judge B would look up my name in the electronic registered voters file. Judge B asked me if I was voting Republican or Democrat, and told me to tell judge at next table. At no time was I asked to sign a ballot application so that my signature on election day could be compared to my digitized imaged signature on file.

Judge C asked me if I was voting electronically or paper ballot, and when I replied paper, she directed me to Judge D. Judge D gave me paper ballot. I noticed immediately that there was no place for the judge's initials on the ballot

At first Judge D reached for a Democratic ballot. Judge D then asked "Democrat or Republican?" When I replied "Republican" she sneered and said "First one of them." I replied, "probably the last one, huh?" Judge D stated, "They're the ones hating on us" I replied, "The Democrats have been holding Black people in slavery in this country for 400 years." Judge D rolled her eyes at me, and handed me a Republican ballot.

I walked to a voting booth and voted. Afterwards, I walked to ballot counting machine. Judge E was sitting to left side of ballot counting machine as I stood facing it. Judge E took my ballot in her hand, and from her position sitting at an angle, she tried to push my ballot through the slot in the ballot counting machine. Judge E tried 3 times to shove ballot into machine while sitting at angle, and the ballot would not go through. Finally, Judge E told me to give my ballot to a judge at the table where I received my ballot.

Judge D told me to take my ballot back to Judge E at ballot counting machine. I told Judge D that the ballot counting machine was not working. Judge A and Judge F approached the ballot counting machine. Judge F said, "We have to open up the machine." Judge A read a message in the LED at the front of machine that contained words about a paper jam, and walked to back of machine, and reached behind the machine and did something I could not see, and

24

pulled up the vote counting strip. The warning light on machine went out and the machine started working again.

The man ahead of me was holding a Democratic ballot. Judge E did not reach for his ballot. Instead the voter inserted his Democratic ballot in the ballot counting machine, and the machine took it. I was next in line, and when it was my turn, Judge E again tried to grab my ballot out of my hand and insert it in the ballot counting machine. This time I resisted and Judge E continued to try to take my ballot out of my hands.

Judge A, who was walking away, turned back and told Judge E that she was not allowed to touch the ballot and to let the voters insert their ballots into ballot counting machine. I inserted my ballot, and it went through.

As I was leaving the polling place, Judge A approached me and asked me to complete and sign Form 14, which I noticed a judge could use at end of day to nullify a voter's ballot. I asked Judge A why I was being asked to sign this form, and Judge A could not say why. I left the polling place. However, less than a minute later, I returned to polling place, and approached Judge A. I asked her to let me review the form and she handed it to me. I took the form and walked out the door.

Judge G, a male, came behind me into the hall and stated that I could not remove the paper from the polling place. I stated that I wanted to look up the form on my computer. Judge G persisted in asking me to return the form. I told him I wanted to make a copy of the form, and he continued to insist that I return the form.

I returned to the polling place, and approached Judge A. I asked what was the purpose of the form, and pointed out that a judge (or someone downtown) could check boxes on the form to nullify the voter's vote after the voter left the polling place. Judge A argued that other steps and other documents would need to be created in order for Form 14 to be misused.

25

At this point after I had already voted, Judge A told me that I should have been asked to complete and sign Form 14 when I arrived at polling place in order to verify my signature against my registration signature. It appeared to me that other voters were not being given Form 14. I completed and signed Form 14, and exited, uttering the words, "So much corruption."

75. All the judges that Plaintiff encountered were Democrats, and not a single one was a Republican. There were no poll watchers of either party. Illinois statute, 10 ILCS 5/14-3.1 and 5/14-4 required three (3) Republican election judges in the 4th Ward, 7th precinct. It is highly probable that there were few, if any Republican judges working in City of Chicago or County of Cook during the primary election on March 15, 2016, which would cause the presidential primary election vote tallies to be unlawful and therefore void, and not eligible to be certified by the Illinois Board of Elections or announced by Governor Rauner.

76. The Republican National Committee, the Illinois Republican Party, the Cook County Republican Party, and the Chicago Republican Party have refused and failed to ensure that adequate numbers of Republican judges and poll watchers are available at federal or state and local elections, and voter/election fraud and corruption goes unchecked. START HERE

**2016 State Primary Elections Results Cannot Be Honestly Certified by State Boards of Elections Due to Patterns and Practices in States Where Persons with an Interest in the Outcome of the Election Use Electronic Means to Corrupt the Vote.**

77. On October 22, 2008, the Illinois Ballot Integrity Project wrote, "Electronic voting machines in Illinois easily manipulated. With just a few strokes, you can change 10,000 ballots," which is attached hereto and by reference incorporated herein **[EXHIBIT 16]**. In July 2016, presidential candidate Trump stated at a rally in North Carolina that the elections are rigged **[EXHIBIT 17]**. On October 1, 2016, Real Clear Politics wrote, "Electronic machine manipulation can bring election fraud into realms of undetectibility previously undreamed of," which is attached hereto and by reference incorporated herein **[EXHIBIT 18]**.

26

78.    There is a Stanford University study that shows voting irregularities linked to companies that donated to the Clinton Foundation. The study found that polls were quite successful at predicting Clinton's numbers in states with paper trails (just a statistically inconsequential 1% difference), however, Clinton over-performed by an average of 9% in the states that use electronic voting machines but fail to provide paper evidence of this vote. Said study is attached hereto and by reference incorporated herein **[EXHIBIT 19]**.

79.    On August 31, 2016, the Chicago Tribune wrote a piece titled, *Hack Exposes Weak Spots in Voting: Electronic systems remain vulnerable*, which stated, "...computer experts ...have long warned that Americans vote in a way that's so insecure that hackers could change the outcome of races at the local, state and national level," which article is attached hereto and by reference incorporated herein **[EXHIBIT 20]**.

80.    There is an article online by Matt Agorist titled, *Computer Programmer Testifies Under Oath He Coded Computers to Rig Elections*, which references a video of testimony before a Congressional hearing held in Ohio regarding allegations of computer rigging fraud in the 2000 presidential election between Al Gore and George W. Bush. The article and video allege that a prototype software package exists that can secretly rig an election to sway the results 51/49 to a specified side. Article is attached hereto and by reference incorporated herein **[EXHIBIT 21]**.

81.    When a very unpopular but wealthy candidate for president, who can hardly fill up a very small venue, wins big in primary elections, a reasonable person might consider whether electronic voting machine fraud was a factor.

**Presidential Primary Debates Failed to Educate the People As to Which Candidates were Qualified, Prepared, and Committed to Be Executive of a Constitutional Government**

82.    Defendant RNC failed to use the presidential primary debates to educate the citizens of the United States as to which candidate could best carry out the duties of President of

the United States as stated in Article II, Section 2, including those of commander in chief of the

Army and Navy, and those of commander in chief of the militia of the several states when called

into the actual service of the United States, and those related to supervising the executive

departments in carrying out the duties of their respective offices, and those related to granting

reprieves and pardons for offenses against the United States, and those related to making treaties,

and those related to appointing ambassadors, other public ministers and consuls, judges of the

Supreme Court, and all other officers of the United States, and those related to reporting to

Congress information about the state of the union, and those related to recommending to

Congress for their consideration such measures as he shall judge necessary and expedient, and

those related to receiving ambassadors and other public ministers, and those related to faithfully

executing the laws of the land, and those related to commissioning all the officers of the United

States, and those related to forming a more perfect union, establishing justice, insuring domestic

tranquility, providing for the common defense, promoting the general welfare, and securing the

blessings of liberty to all citizens and their posterity.

### 2016 RNC Rules Committee Adopted Rules that Were Unconstitutional

83.   The RNC Rules Committee made changes to RNC Rules that were unconstitutional

because said rules violated the U.S. Constitution Article IV § 4 guarantee for a Republican Form

of Government, i.e. Government of all the People, by all the People, through their elected

representatives [a/k/a Delegates], for all the People.

84.   In June 2016, prior to the opening of the RNC Convention, upon information and

belief, activists formed a group called Delegates Unbound, which launched an effort to convince

RNC delegates that they had the authority and the ability to vote for whomever they wanted. At

the convention, delegate and Rules Committee member, Kendal Unruh, led an effort among

other Republican delegates to change the convention rules to include a 'conscience clause' that

28

would allow bound delegates to vote their conscience, even on the first ballot at the July convention.

85.    The Rules Committee met on July 14, 2016 to set the rules of the convention and the standing rules that would govern the party until the next convention. Following a "marathon 15-hour meeting" on July 14, 2016, the Rules Committee voted down, by a vote of 84–21, a move to send a "minority report" to the floor allowing the unbinding of delegates. The committee then made the opposite move, voting 87–12 to include rule language that specifically stated that delegates were required to vote based on their states' primary and caucus results.

86.    The Republican National Committee met in a convention in Cleveland, Ohio, July 18-21, 2016, for the purpose of nominating a candidate for president and adopting a party platform. Out of a total of 2,472 delegates, the successful presidential nominee needed to carry 1,237—half of the total, plus one, delegates. If no single candidate secured a majority of delegates after the first ballot, a brokered convention would result.

87.    On the first ballot, delegates from all states and territories except Colorado, Wyoming, North Dakota, Virgin Islands, American Samoa, Guam and a few from Louisiana were required to vote for the candidate who won their support on the day of their state's primary or caucus. On the second ballot, 55 percent of the delegates were free to vote for whomever they wanted. By the third ballot, 85 percent of the delegates were free.

88.    During the morning of July 18, 2016, a petition for a roll call vote was submitted to the Rules Committee with the signatures of a majority of the delegates from ten states.

89.    On the afternoon of July 18, 2016, a group of delegates sought to force a roll-call vote on the proposed convention rules package adopted by the Rules Committee on July 14th. Some delegates who demanded a roll call vote sought to change party rules in order to unbind delegates so that on the first ballot, delegates could "vote their conscience" because said

29

delegates supported or opposed a particular candidate. Other delegates demanded a roll call vote because they were seeking to reform party rules in order to decentralize power from the RNC and share power with grassroots people, and to make changes for the 2020 primary process.

90. The afternoon of July 18th, the Presiding Officer, Rep. Steve Womack of Arkansas, refused and failed to recognize delegates clamoring to be heard regarding the rules package for the convention. Womack first declared the previous question was ordered by unanimous consent despite loud cries of objection. The rules were then declared to be adopted by voice vote, prompting loud cries of protest from delegates who demanded recognition for a roll-call vote. Finally, Womack declared that a reconsideration of a motion was laid upon the table by unanimous consent, again to cries of objection.

91. With loud cries throughout the convention hall, Womack abandoned the podium for several minutes, allowing RNC staff to work the floor and collect withdrawal signatures from the petition for a roll call vote that had been submitted that morning. Womack then reappeared and stated he would put the question of adopting the rules to the convention for a voice vote a second time, and a second voice vote was taken. Womack then recognized the leader of the Utah delegation, who requested a roll call vote. Womack denied the motion, ruling that there were insufficient signatures on the petition for roll call vote to compel such a vote, and announced that while there had initially appeared to be nine state delegations that agreed to the roll-call vote, enough signatures had since been withdrawn to cause three states to fall below the threshold, thus missing the required seven states needed. Upon information and belief, RNC staff persuaded delegates to withdraw their support and challenged the validity of various signatures.

92. Delegates, including Senator Mike Lee of Utah, sought recognition and repeatedly called for a point of order, but Womack ignored them. Lee said he had "never seen anything like this" after Womack declined to recognize their objections and walked off the stage, and Ken

Cuccinelli, the Virginia delegation chairman, said the RNC "cheated" and "violated their own rules." The process prompted the Colorado delegation to walk out in protest.

### 2016 RNC Rules Committee Took a Non-Conclusive Voice Vote and Afterward Refused and Failed to Take Roll Call Vote Upon Written Request From Delegates

93. On July 18, 2016, the RNC Rules Committee presented the rules that it passed on July 14, 2016 for adoption by the full convention in a manner that was constitutionally defective because said manner violated the U.S. Constitution Amendments V and XIV which both prohibit deprivation of life, liberty, or property without due process of law.

94. *Robert's Rules of Order Newly Revised* (11th edition) provides that: A vote by voice is the regular method of voting on any motion that does not require more than a majority vote for its adoption. In Congress, "the vast majority of actions decided by a voice vote" are ones for which "a strong or even overwhelming majority favors one side," or even unanimous consent. This is because after the chair announces what he believes to be the result of a voice vote, any member can request a division of the assembly (a rising vote, where each sides rise in turn to be counted), and one-fifth of members can demand a recorded vote on any question.[4]

### If the United States Is Going to Survive as a Republic, We the People Must Elect Conservative Constitutionalist Ted Cruz to the Office of President

95. On March 8, 2016, Plaintiff attended a fundraiser at the Chicago City Club where Heidi Cruz was speaking on behalf of her husband, Ted Cruz. Plaintiff put a package in her hands to give to Senator Cruz that included a letter and the sketch of proposed campaign ads that could create a bigger tent for the Senator. Letter is attached hereto and by reference incorporated herein **[EXHIBIT 22]**. For many reasons Plaintiff believes that Senator Cruz would be an excellent Republican nominee for president. As a bonus at this late hour, Senator Cruz already has an organization in every state and a strong ground game.

96. During the Republican National Convention, Plaintiff posted a petition, titled "Tell

RNC to unbind delegates so they can vote for Cruz for the good of the country," on Change.org.
A copy of said petition is attached hereto and by reference incorporated herein **[EXHIBIT 1]**.

## COUNT I

97.    Plaintiff re-alleges paragraphs 1 through 96 as though fully set forth herein.

98.    Defendant Republican National Committee, while performing a delegated public
function at the Republican National Convention in Cleveland, Ohio on dates in July 2016, i.e.
overseeing selection of a major candidate for president of the United States, violated the U.S.
Constitution, Article IV, Section 4 on July 14, 2016 when its Rules Committee voted down a
motion to send a "minority report" to the Convention floor allowing the unbinding of delegates.

99.    Denial of the above-stated motion caused irreparable injury to the character of the
United States, and abridged the privileges and immunities of Plaintiff's citizenship therein, and
compromised Plaintiff's rights to life, liberty, and property, and diminished the expectation that
Plaintiff and her posterity would live in a nation that respected the rights and interests of all
citizens, irrespective of race, ethnicity, national origin, religion, socioeconomic status, age,
gender, and disabilities.

100.    Relief requested is for Defendant to reconvene the delegates to the Republican
National Convention via video conference, and grant the minority report to unbind delegates, and
present the amended Rules package to the convention as a whole for adoption.

## COUNT II

101.    Plaintiff re-alleges paragraphs 1 through 100 as though fully set forth herein.

102.    Defendant Republican National Committee, while performing a delegated public
function at the Republican National Convention in Cleveland, Ohio on dates in July 2016, i.e.
overseeing selection of a major candidate for president of the United States, violated the U.S.
Constitution, Article IV, Section 4 on July 14, 2016 when its Rules Committee voted in favor of

amending the Rules to include language that specifically stated that delegates were required to vote based on their states' primary and caucus results.

103. The above-stated amendment to RNC Rules caused irreparable injury to the character of the United States, and abridged the privileges and immunities of Plaintiff's citizenship therein, and compromised Plaintiff's rights to life, liberty, and property, and diminished the expectation that Plaintiff and her posterity would live in a nation that respected the rights and interests of all citizens, irrespective of race, ethnicity, national origin, religion, socioeconomic status, age, gender, disabilities.

104. Relief requested is for Defendant to reconvene the delegates to the Republican National Convention via video conference, and strike the above-stated rule, and present the amended Rules package to the convention as a whole for adoption.

## COUNT III

105. Plaintiff re-alleges paragraphs 1 through 104 as though fully set forth herein.

106. Defendant Republican National Committee, while performing a delegated public function at the Republican National Convention in Cleveland, Ohio on dates in July 2016, i.e. overseeing selection of a major candidate for president of the United States, violated the U.S. Constitution, Amendments V and XIV on July 18, 2016 when its Rules Committee called for a voice vote in the body of the whole on the proposed convention rules, and not being able to accurately determine whether the ayes or nays were in the majority, Defendant refused and failed to honor multiple requests from delegates for a roll call vote.

107. The above-stated breach of Robert's Rules of Order caused irreparable injury to Plaintiff's due process rights to life, liberty, and property, and diminished Plaintiff's expectation that she and her posterity would live in a nation that honored its republican form of government and the rule of law.

108.    Relief requested is for Defendant to reconvene the delegates to the Republican National Convention via video conference, and take a roll call vote on the convention rules, and amend the rules according to the conscience of the delegates, and recall the vote for nominee for President of the United States as constitutionally defective, and recall the vote for Vice President of the United States as constitutionally defective, and for Defendant to take a roll call vote from delegates who will vote their conscience for the nominee for President of the United States nunc pro tunc to July 2016 when Donald Trump, Ted Cruz, and John Kasich were contending for the nomination.

### PETITION TO THE UNITED STATES IN CONGRESS ASSEMBLED

109.    Plaintiff is petitioning the United States in Congress Assembled for legislation that would separate federal elections from state and local elections, and would use separate ballots for each beginning in 2016; and for legislation that would use paper ballots for federal elections unless and until the integrity and security of electronic voting machines can be assured; and for legislation to require proof of citizenship in order to vote in federal elections; and for legislation for federal votes to be cast on a single day and at the same day in every state and territory in the United States; and for a private law to protect Plaintiff's life, liberty, and property from attack, tampering, retaliation, or harassment by parties whose interests are adverse to the interests that Plaintiff advocates in instant Petition/Complaint.

Respectfully submitted this 19th day of October 2016

*Maisha Hamill*

/s/Maisha Hamilton, Ph.D., Pro Se, on behalf of herself,
and others similarly situated
P.O. Box 4734
Chicago, IL 60680-4734
Proseme1@aol.com

34

# Tell RNC to unbind delegates so they can vote for Cruz for the good of the country



 change.org

Maisha Hamilton

$\left[ E \times H I B I T \quad 1 \right]$



**Maisha Hamilton** Chicago, IL



Delegates to the Republican Convention in Cleveland, Ohio July 18-21, 2016 must be unbound so that each one can vote his or her conscience for the candidate who will best execute the duties of president of the USA and enforce the Constitution for the benefit of all citizens. The integrity of the 2016 primary elections cannot be verified because the technology exists to hack electronic voting machines and rig the outcome of the election. Clinton Eugene Curtis testified in front of a U.S. House Judiciary Committee in Ohio that he was hired in 2000 to build a prototype software package that would secretly rig an election to sway the result 51/49 to a specified side. Votes can be stolen by inserting fraudulent code into touch screen voting systems. If government of the people by the people for the people is going to survive, the delegates must be freed to choose Ted Cruz on the first ballot.

35

Board of Election Commissioners
for the City of Chicago

Form 109

## COMMISSION

for the

## NOVEMBER 4, 2014  GENERAL ELECTION

PCT  32  WARD  4
MAISHA I HAMILTON
P O BOX 4734
CHICAGO, IL  60680



STATE OF ILLINOIS        SS.

COUNTY OF COOK

**TO WHOM IT MAY CONCERN:**
By order of the Board of Election Commissioners for the City of Chicago,

**MAISHA I HAMILTON**

residing at

████████████ AVE 60615

is appointed as a

**REPUBLICAN JUDGE OF ELECTION**

in and for the 32 Precinct of the 4 Ward in the City of Chicago,

with the Polling Place located at

**NORTH EASTERN UNIVERSITY - 700  E OAKWOOD**

This       **COMMISSION**       is your authority to act in such capacity in connection with the
GENERAL ELECTION  to be held on       **NOVEMBER 4, 2014**       and you shall be an
Officer of the Circuit Court of Cook County while serving this appointment.

**Langdon D. Neal, Chairman**
**Richard A. Cowen, Commissioner/Secretary**
**Marisel A. Hernandez,  Commissioner**
**Lance Gough, Executive Director**

Please report to your assigned polling place at 5:00 a.m. on NOVEMBER 4, 2014
with this   **COMMISSION.**

36

# The battle to 'keep' the American Republic
## By Senator Mike Lee

Sep 16 2016 $\left[ Ex \, H \, IBIT \; 3 \right]$

Perhaps the most famous words spoken on the day we commemorate this week — September 17, 1787 — were those of Benjamin Franklin. After the Constitution had been signed and the convention adjourned, Franklin was asked by a group of curious Philadelphians gathered outside Independence Hall what type of government the delegates had created. "A republic," he replied, "if you can keep it."

This pithy response — more of a challenge than an answer — is so memorable and quotable that we tend to repeat it more often than we pause to reflect on its meaning. So on the 229th anniversary of Mr. Franklin's famous proclamation, it's worth asking ourselves: What exactly does it take to "keep" the American republic?

To my mind, one of the best answers to this question was given by Abraham Lincoln in an address he delivered in 1838, at the ripe old age of 28, to the Young Men's Lyceum of Springfield, Illinois. The subject of the speech was "the perpetuation of our political institutions," which he described as the central and perennial task of republican citizenship.

Lincoln said that every generation of Americans has the responsibility to pass along to its descendants the "political edifice of liberty and equal rights" that had been established by the nation's Founders — our "hardy, brave, and patriotic [...] ancestors." He insisted that this process of perpetuation — the project of "keeping" the republic — would succeed only if the American people respected the nation's laws and viewed the government with affection, rather than suspicion or derision.

The "strongest bulwark of any Government" is "the attachment of the People," Lincoln declared. If "the laws be continually despised and disregarded," and if the people become estranged from their public institutions, losing trust in the officials charged with making and enforcing the law, "this Government cannot last."

Lincoln was right. At the heart of the American Republic is a social compact based on mutual trust between the people and the representatives they elect to administer government on their behalf. Government officials are given power to make and enforce the laws on the condition that they respect and remain accountable to the interests and concerns of the people they represent.

The public's trust in government can't be blind. It is made possible by clear lines of accountability that connect the people to policy and policymakers. Citizens must first be able to identify the government officials responsible for unpopular policies, and then be empowered to change those policies by voting those officials out of office. This is why the

framers of our Constitution made the most powerful branch of the federal government — Congress — also the most accountable to the people.

But today, these lines of accountability — and the public trust that they enable — have been corroded by the Administrative State: the vast array of rule-writing departments, agencies and bureaus that make up the federal government's Executive Branch. The "laws" they write — tens of thousands of pages of dos and don'ts every year — are not enacted by the people's elected representatives in Congress. Instead, they are imposed unilaterally by bureaucrats who never stand for election and, in most cases, whose names the American people will never know.

What's worse, much of the lawmaking power now exercised by the Executive Branch was intentionally given away by members of Congress, over the course of decades, to escape the hard work and stringent accountability inherent in constitutional lawmaking.

No wonder only 19 percent of Americans say they can trust the government always or most of the time — meaning that 81 percent don't!

Following Abraham Lincoln, I believe this crisis of confidence in America today is a grave threat to our ability to preserve our public institutions for the next generation. That's why, earlier this year, I launched the Article I Project — a new network of policymakers working together to develop a legislative agenda that will reclaim Congress's constitutional lawmaking powers that today are being improperly exercised by the Executive Branch and thereby restore the democratic accountability on which our system of government depends.

If we are to "keep" our republic, as Benjamin Franklin challenged us to do 229 years ago, we must rebuild the American people's trust in the nation's public institutions. And the only way to do that is by finally making Congress responsible again — both in the sense of discharging its constitutional duties and making itself accountable for the consequences.

**Op-ed originally published in the Washington Times**

Permalink: **http://www.lee.senate.gov/public/index.cfm/2016/9/the-battle-to-keep-the-american-republic**

38

## U.S. Voting Rights Timeline

[EXHIBIT 4]

| 1776 | **Only people who own land can vote**<br>Declaration of Independence signed. Right to vote during the Colonial and Revolutionary periods is restricted to property owners—most of whom are white male Protestants over the age of 21. |
|------|------|
| 1787 | **No federal voting standard—states decide who can vote**<br>U.S. Constitution adopted. Because there is no agreement on a national standard for voting rights, states are given the power to regulate their own voting laws. In most cases, voting remains in the hands of white male landowners. |
| 1789 | George Washington elected president. **Only 6% of the population can vote.** |
| 1790 | **Citizen=White**<br>1790 Naturalization Law passed. It explicitly states that only "free white" immigrants can become naturalized citizens. |
| 1848 | **Activists for ending slavery and women's rights join together**<br>Women's rights convention held in Seneca Falls, NY. Frederick Douglass, a newspaper editor and former slave, attends the event and gives a speech supporting universal voting rights. His speech helps convince the convention to adopt a resolution calling for voting rights for women. |
| 1848 | **Citizenship granted, but voting denied**<br>The Treaty of Guadalupe-Hidalgo ends the Mexican-American War and guarantees U.S. citizenship to Mexicans living in the territories conquered by the U.S. However, English language requirements and violent intimidation limit access to voting rights. |
| 1856 | **Vote expanded to all white men**<br>North Carolina is the last state to remove property ownership as a requirement to vote. |
| 1866 | **Movements unite and divide**<br>Two women's rights activists, Elizabeth Cady Stanton and Susan B. Anthony, form an organization for white and black women and men dedicated to the goal of universal voting rights. The organization later divides and regroups over disagreements in strategies to gain the vote for women and African Americans. |
| 1868 | **Former slaves granted citizenship**<br>14th Amendment to the U.S. Constitution passed. Citizenship is defined and granted to former slaves. Voters, however, are explicitly defined as male. Although the |

39 -1-

# U.S. Voting Rights Timeline

| | |
|---|---|
| | amendment forbids states from denying any rights of citizenship, voting regulation is still left in the hands of the states. |
| 1870 | **Vote cannot be denied because of race, explicitly – so other discriminatory tactics used** <br> 15th Amendment passed. It states that the right to vote cannot be denied by the federal or state governments based on race. However, soon after, some states begin to enact measures such as voting taxes and literacy tests that restrict the actual ability of African Americans to register to vote. Violence and other intimidation tactics are also used. |
| 1872 | **Women try to vote** <br> Susan B. Anthony is arrested and brought to trial in Rochester, New York, for attempting to vote in the presidential election. At the same time, Sojourner Truth, a former slave and advocate for justice and equality, appears at a polling booth in Grand Rapids, Michigan, demanding a ballot but she is turned away. |
| 1876 | **Indigenous people cannot vote** <br> The Supreme Court rules that Native Americans are not citizens as defined by the 14th Amendment and, thus, cannot vote. |
| 1882 | The Chinese Exclusion Act **bars people of Chinese ancestry from naturalizing to become U.S. citizens.** |
| 1887 | **Assimilation=Right to Vote** <br> Dawes Act passed. It grants citizenship to Native Americans who give up their tribal affiliations |
| 1890 | Wyoming admitted to statehood and becomes **first state to legislate voting for women in its constitution.** |
| 1890 | **Indigenous people must apply for citizenship** <br> The Indian Naturalization Act grants citizenship to Native Americans whose applications are approved—similar to the process of immigrant naturalization. |
| 1912-13 | **Women lead voting rights marches** through New York and Washington, D.C. |
| 1919 | **Military Service=Citizenship for Native Americans** <br> Native Americans who served in the military during World War I are granted U.S. citizenship. |

40-2-

# U.S. Voting Rights Timeline

| 1920 | **Right to vote extended to women**<br>19th Amendment passed, giving women right to vote in both state and federal elections. |
|------|-------------|
| 1922 | **Asian≠White≠Citizen**<br>Supreme Court rules that people of Japanese heritage are ineligible to become naturalized citizens. In the next year, the Court finds that Asian Indians are also not eligible to naturalize. |
| 1924 | **Again, citizenship granted but voting denied**<br>The Indian Citizenship Act grants citizenship to Native Americans, but many states nonetheless make laws and policies which prohibit Native Americans from voting. |
| 1925 | **Military Service=Citizenship for Filipinos**<br>Congress bars Filipinos from U.S. citizenship unless they have served three years in the Navy. |
| 1926 | **State violence used to prevent people from exercising their right to vote**<br>While attempting to register to vote in Birmingham, Alabama, a group of African American women are beaten by election officials. |
| 1947 | **Legal barriers to Native American voting removed**<br>Miguel Trujillo, a Native American and former Marine, sues New Mexico for not allowing him to vote. He wins and New Mexico and Arizona are required to give the vote to all Native Americans. |
| 1952 | McCarran-Walter Act **grants all people of Asian ancestry the right to become citizens.** |
| 1961 | 23rd amendment passed. **It gives citizens of Washington, D.C. the right to vote for U.S. president.** But to this day, the district's residents—most of whom are African American—still do not have voting representation in Congress. |
| 1963-64 | **Voting rights as civil rights**<br>Large-scale efforts in the South to register African Americans to vote are intensified. However, state officials refuse to allow African Americans to register by using voting taxes, literacy tests and violent intimidation. Among the efforts launched is Freedom Summer, where close to a thousand civil rights workers of all races and backgrounds converge on the South to support voting rights. |

41 -3-

# U.S. Voting Rights Timeline

| | |
|---|---|
| 1964 | **No special tax to vote**<br>24th Amendment passed. It guarantees that the right to vote in federal elections will not be denied for failure to pay any tax. |
| 1965 | **Grassroots movement forces change in law**<br>Voting Rights Act passed. It forbids states from imposing discriminatory restrictions on who can vote, and provides mechanisms for the federal government to enforce its provisions. The legislation is passed largely under pressure from protests and marches earlier that year challenging Alabama officials who injured and killed people during African American voter registration efforts. |
| 1966 | **After the legal change, struggle continues for social change**<br>Civil rights activist James Meredith is wounded by a sniper during a solo "Walk Against Fear" voter registration march between Tennessee and Mississippi. The next day, nearly 4,000 African Americans register to vote. And other civil rights leaders such as Martin Luther King, Jr. and Stokely Carmichael continue the march while Meredith heals. Meredith rejoins March at its conclusion in Mississippi. |
| 1971 | **Voting age lowered to 18**<br>26th Amendment passed, granting voting rights to 18-year-olds. The amendment is largely a result of Vietnam War-protests demanding a lowering of the voting age on the premise that people who are old enough to fight are old enough to vote. |
| 1975 | **Voting materials in various languages**<br>Amendments to Voting Rights Act require that certain voting materials be printed in languages besides English so that people who do not read English can participate in the voting process. |
| 1993 | **Making voter registration easier**<br>National Voter Registration Act passed. Intends to increase the number of eligible citizens who register to vote by making registration available at the Department of Motor Vehicles, and public assistance and disabilities agencies. |
| 2000 | **Residents of U.S. colonies are citizens, but cannot vote**<br>A month prior to the presidential election, a federal court decides that Puerto Ricans living in Puerto Rico, though U.S. citizens, cannot vote for U.S. president. Residents of U.S. territories including Puerto Rico, Guam, American Samoa and the U.S. Virgin |

42 -4-

# U.S. Voting Rights Timeline

|  |  |
|---|---|
|  | Islands—nearly 4.1 million people total—cannot vote in presidential elections and do not have voting representation in the U.S Congress. |
| 2001 | **Debate—Should voting rights be taken away from felons? For how long?** The National Commission on Federal Election Reform recommends that all states allow felons to regain their right to vote after completing their criminal sentences. Nearly 4 million US citizens cannot vote because of past felony convictions. In California, felons are prohibited from voting while they are in prison or on parole. But, in other states, especially in the South, a person with a felony conviction is forever prohibited from voting in that state. These laws are a legacy of post-Civil War attempts to prevent African Americans from voting. Ex-felons are largely poor and of color. |
| 2002 | **Trying to solve election inconsistency with more federal voting standards** Help America Vote Act (HAVA) passed in response to disputed 2000 presidential election. Massive voting reform effort requires states comply with federal mandate for provisional ballots, disability access, centralized, computerized voting lists, electronic voting and requirement that first-time voters present identification before voting. |

Northern California Citizenship Project
Mobilize the Immigrant Vote 2004 - Capacity Building Series

Map of State Felon Voting Laws - Felon Voting - ProCon.org                 3/29/16, 7:24 AM



Last updated on: 2/10/2016 9:38:59 AM PST

## Map of State Felon Voting Laws

All state laws are current as of Feb 10, 2016

- May lose vote permanently (11 states)
- Vote restored after term of incarceration, parole, and probation (19 states)
- Vote restored after term of incarceration and parole (4 states)
- Vote restored after term of incarceration (14 states & DC)
- Unrestricted; Can vote in prison (2 states)



### Related Links

Number of People by State Who Cannot Vote Due to a Felony Conviction

Incarcerated Felon Population by Type of Crime Committed, 1974-2010

International Comparison of Felon Voting Laws



$[EXHIBIT\ 5]$

# MAP: States Where Felons Can't Vote

Matthew Green

Nearly 6 million voting-age Americans can't vote in the 2016 primaries and presidential election because of various state felon disenfranchisement laws.

Almost half of this total disenfranchised population lives in the 12 states with the most stringent restrictions, where voting rights are commonly denied to felons who have not only served prison sentences, but also finished their probation or parole terms. Conversely, Maine and Vermont are the only two states where people currently in prison are actually allowed to vote.

This map shows state felon voting laws and disenfranchisement impacts, based on an analysis by The Sentencing Project (using 2010 data). Although not reflected on the map, the Maryland legislature recently moved to automatically restore voting rights to felons after their release from prison. The change, which will impact an estimated 40,000 people, goes into effect on March 10, ahead of the state's primary election.

*[Article continues below map ...]*

When it comes to restoring the voting rights of convicted felons, few countries in the world are as restrictive as the United States.

As of 2010, roughly 5.85 million Americans — or about 2.5 percent of the voting age population — were unable to vote  due to a current or previous felony conviction, according to an analysis by the Sentencing Project, a group that advocates for reforms in the criminal justice reform. That amounts to roughly one in every 40 adults in America who can't vote because of a previous conviction, a large enough population to potentially influence the outcomes of close local and national races.

Only a minority of these disenfranchised voters are currently in jail or prison, according to the analysis. As many as 75 percent live in their communities, some still under probation or parole supervision and others who have completed their sentences altogether but are still barred from voting.

Disenfranchisement laws disproportionately affect African Americans: in 2010, 1 of every 13 African Americans of voting age — about 7.7 percent nationally — was disenfranchised, a rate more than four times greater than with non-African Americans, according to the analysis. In some of the strictest states — including Florida, Kentucky and Virginia —  more than 20 percent of the African American population was disenfranchised, the report found.

Last February, Attorney General Eric Holder called on the states with some of the strictest laws to restore voting rights to felons after their release from prison.

"It is time to fundamentally reconsider laws that permanently disenfranchise people who are no longer under federal or state supervision," Holder said during an address at Georgetown University. "By perpetuating the stigma and isolation imposed on formerly incarcerated individuals, these laws increase the likelihood they will commit future crimes.

State Felon Voting Laws - Felon Voting - ProCon.org                                    3/29/16, 6:55 AM



**Felon Voting**
ProCon.org

$\boxed{E \times H I B I T \, 6}$ Last updated on: 2/9/2016 2:47:32 PM PST

## State Felon Voting Laws



**View US Map**
of State Felon Voting Laws

Two states allow felons to vote from prison while other states may permanently ban felons from voting even after being released from prison, parole, and probation, and having paid all their fines.

The chart below provides links to each state's laws on felon voting and places each US state within one of five categories ranging from harshest (may lose vote permanently) to least restrictive (may vote while in prison). Applications for re-enfranchisement and clemency have been provided for the states which require them.

Felon voting has not been regulated federally although some argue that Section 2 of the Voting Rights Act can be applied to felon disenfranchisement and that Congress has the authority to legislate felon voting in federal elections.

In addition, 10 states restrict some people with a misdemeanor conviction from voting.

## I. State by State Chart of Felon Voting Laws:

| Click on the state to view its rules on felon disenfranchisement in PDF 🄯 format. Documents were sourced directly from state codes, acts, orders, constitutions, or other state election office documents | May lose vote permanently: (Some felons may vote depending on the state, crime committed, time elapsed since completion of sentence, and other variables) | Vote restored after: Term of Incarceration + Parole + Probation | Vote restored after: Term of Incarceration + Parole | Vote restored after: Term of Incarceration | Unrestricted: (Convicted felons may vote by absentee ballot while in prison) |
|---|---|---|---|---|---|
| | **11 States** | **19 States** | **4 States** | **14 States & DC** | **2 States** |
| 1. Alabama | ✔ (more details) | | | | |
| 2. Alaska | | ✔ | | | |
| 3. Arizona | ✔ (more details) | | | | |
| 4. Arkansas | | ✔ | | | |

| # | State | May lose vote permanently: (Some felons may vote depending on the state, crime committed, time elapsed since completion of sentence, and other variables) | Vote restored after: Term of Incarceration + Parole + Probation | Vote restored after: Term of Incarceration + Parole | Vote restored after: Term of Incarceration | Unrestricted: (Convicted felons may vote by absentee ballot while in prison) |
|---|---|---|---|---|---|---|
| 5. | California | | | ✔ | | |
| 6. | Colorado | | | ✔ | | |
| 7. | Connecticut | | | ✔ | | |
| 8. | District of Columbia | | | | ✔ | |
| 9. | Delaware | ✔ (more details) | | | | |
| 10. | Florida | ✔ (more details) | | | | |
| 11. | Georgia | | ✔ | | | |
| 12. | Hawaii | | | | ✔ | |
| 13. | Idaho | | ✔ | | | |
| 14. | Illinois | | | | ✔ | |
| 15. | Indiana | | | | ✔ | |
| 16. | Iowa | ✔ (more details) | | | | |
| 17. | Kansas | | ✔ | | | |
| 18. | Kentucky | ✔ (more details) | | | | |
| 19. | Louisiana | | ✔ | | | |
| 20. | Maine | | | | | ✔ |
| 21. | Maryland | | | | ✔ (more details) | |
| 22. | Massachusetts | | | | ✔ | |
| 23. | Michigan | | | | ✔ | |
| 24. | Minnesota | | ✔ | | | |
| 25. | Mississippi | ✔ (more details) | | | | |
| 26. | Missouri | | ✔ (more details) | | | |
| 27. | Montana | | | | ✔ | |
| 28. | Nebraska | | ✔ (more details) | | | |
| 29. | Nevada | ✔ (more details) | | | | |

Click on the state to view its rules on felon disenfranchisement in PDF 🗎 format. Documents were sourced directly from state codes, acts, orders, constitutions, or other state election office documents

State Felon Voting Laws - Felon Voting - ProCon.org                                    3/29/16, 6:55 AM

| | | May lose vote permanently: (Some felons may vote depending on the state, crime committed, time elapsed since completion of sentence, and other variables) | Vote restored after: Term of Incarceration + Parole + Probation | Vote restored after: Term of Incarceration + Parole | Vote restored after: Term of Incarceration | Unrestricted: (Convicted felons may vote by absentee ballot while in prison) |
|---|---|---|---|---|---|---|
| 30. | New Hampshire | | | | ✔ | |
| 31. | New Jersey | | ✔ | | | |
| 32. | New Mexico | | ✔ | | | |
| 33. | New York | | | ✔ | | |
| 34. | North Carolina | | ✔ | | | |
| 35. | North Dakota | | | | ✔ | |
| 36. | Ohio | | | | ✔ | |
| 37. | Oklahoma | | ✔ | | | |
| 38. | Oregon | | | | ✔ | |
| 39. | Pennsylvania | | | | ✔ | |
| 40. | Rhode Island | | | | ✔ | |
| 41. | South Carolina | | ✔ | | | |
| 42. | South Dakota | | ✔ (more details) | | | |
| 43. | Tennessee | ✔ (more details) | | | | |
| 44. | Texas | | ✔ | | | |
| 45. | Utah | | | | ✔ | |
| 46. | Vermont | | | | | ✔ |
| 47. | Virginia | ✔ (more details) | | | | |
| 48. | Washington | | ✔ (more details) | | | |
| 49. | West Virginia | | ✔ | | | |
| 50. | Wisconsin | | ✔ | | | |
| 51. | Wyoming | ✔ (more details) | | | | |

Click on the state to view its rules on felon disenfranchisement in PDF [PDF icon] format. Documents were sourced directly from state codes, acts, orders, constitutions, or other state election office documents

## II. Misdemeanor Convictions:

Anyone convicted of a misdemeanor in Idaho, Illinois, Indiana, Kentucky, Michigan, Missouri, South Carolina, and South Dakota may not vote while incarcerated. Kentucky and Missouri additionally require an executive pardon before

California Allows Non-Citizens to Vote, Which is Illegal, So Every California Vote should be Disqualified – Eagle Rising                4/1/16, 11:15 PM

eaglerising.com
http://eaglerising.com/31596/california-allows-non-citizens-to-vote-which-is-illegal-so-every-california-vote-should-be-disqualified/

# California Allows Non-Citizens to Vote, Which is Illegal, So Every California Vote should be Disqualified [EXHIBIT 7]

Tony Elliott



The official number of illegal aliens in the state of California is nearly 3 million. We can estimate the number to be more than double this amount in reality.

Over half of all drivers license issued in California were given to individuals who are here illegally and the state automatically registers those with a driver's license to vote.

In 2015, California Governor Jerry Brown (D-CA) signed a bill giving full voting rights to illegal aliens. This gives them the right to vote in all elections from a local level to national elections, including that of choosing who will become President.

The biggest problem with this is it is against Federal law for non-citizens to vote in any national election. This in itself negates the votes made by illegal aliens in California and any other state which allows them to vote.

According to the law in California, which gives Illegal aliens the right to vote along with the Federal law that prohibits them from participating in national elections, we must conclude that all votes cast in California for President of the United States be considered null and void. What this means is the state of California's votes, both in the upcoming primaries and the general election, have to be disqualified.

In all fairness to the candidates running for president, and abiding by Federal law, the Federal government simply must prohibit California votes from counting until which time the state can prove that no illegal alien vote was cast in national elections.

California Allows Non-Citizens to Vote, Which is Illegal, So Every California Vote should be Disqualified – Eagle Rising                4/1/16, 11:15 PM

The state has the right to permit them to vote in local and state elections if they choose, but not in national elections.

Since the sheer number of illegal aliens voting in California is astounding and is more than likely double that of legal citizens voting, the tally from the primaries must be held up and no delegates awarded.



What we have here in disqualifying California from national elections is, aside from it being against Federal law to allow non citizens to vote, would be keeping people who have no right to be here in the first place from influencing the outcome of elections nationally. The simple fact that they are here in this country illegally supersedes them from having any rights as legal citizens in making decisions as to who runs our country.

No country in the world allows individuals who are non citizens to vote in any election.

**TRENDING ON FREEDOM DAILY**

- A Majority of States Now Directly Defying Obama on Illegal Immigration Order!
- Federal Judge Shuts Down Free Speech Rights of the Oregon Protesters – Orders them to Stay Silent!
- The Crucifixion of Donald Trump
- Leading Journalist Admits that the Main Stream Media Constantly Lies

It is time the US abides by the constitutional laws of the land or become a nation of chaos where we pick and choose what laws we will obey and disregard the ones we happen not to agree with.

The moral issue is we must stand as a nation of values based on what makes us unique to the rest of the world and refuse to degrade our country to the substandard level socialist politicians wish to sink us to.

If the law is adhered to, the California votes must be ignored.

*The views expressed in this opinion article are solely those of their author and are not necessarily either shared or endorsed by EagleRising.com*

 foxnews.com     http://www.foxnews.com/politics/2013/06/17/supreme-court-arizona-citizenship-proof-law-illegal.html

# Supreme Court: Arizona law requiring citizenship proof for voters is illegal

[EXHIBIT 8]

Published June 17, 2013

WASHINGTON – The Supreme Court ruled Monday that states cannot on their own require would-be voters to prove they are U.S. citizens before using a federal registration system designed to make signing up easier.

The justices voted 7-2 to throw out Arizona's voter-approved requirement that prospective voters document their U.S. citizenship in order to use a registration form produced under the federal "Motor Voter" voter registration law.

Federal law "precludes Arizona from requiring a federal form applicant to submit information beyond that required by the form itself," Justice Antonia Scalia wrote for the court's majority.

The court was considering the legality of Arizona's requirement that prospective voters document their U.S. citizenship in order to use a registration form produced under the federal "motor voter" registration law. The 9th U.S. Circuit Court of Appeals said that the National Voter Registration Act of 1993, which doesn't require such documentation, trumps Arizona's Proposition 200 passed in 2004.

Arizona appealed that decision to the Supreme Court.

"Today's decision sends a strong message that states cannot block their citizens from registering to vote by superimposing burdensome paperwork requirements on top of federal law," said Nina Perales, vice president of litigation for the Mexican American Legal Defense and Educational Fund and lead counsel for the voters who challenged Proposition 200.

"The Supreme Court has affirmed that all U.S. citizens have the right to register to vote using the national postcard, regardless of the state in which they live," she said.

The case focuses on Arizona, which has tangled frequently with the federal government over immigration issues involving the Mexican border. But it has broader implications because four other states – Alabama, Georgia, Kansas and Tennessee -- have similar requirements, and 12 other states are contemplating such legislation.

Justices Clarence Thomas and Samuel Alito dissented from the court's ruling.

The Constitution "authorizes states to determine the qualifications of voters in federal elections, which necessarily includes the related power to determine whether those qualifications are satisfied," Thomas said in his dissent.

Opponents of Arizona's law see it as an attack on vulnerable voter groups such as minorities, immigrants and the elderly. They say they've counted more than 31,000 potentially legal voters in Arizona who easily could have registered before Proposition 200 but were blocked initially by the law in the 20 months after it passed in 2004. They say about 20 percent of those thwarted were Latino.

Barbara Arnwine, president and executive director of the Lawyers' Committee for Civil Rights Under Law, called the decision a victory. "The court has reaffirmed the essential American right to register to vote for federal election

without the burdens of state voter suppression measures," she said.

But Arizona officials say they should be able to pass laws to stop illegal immigrants and other noncitizens from getting on their voting rolls. The Arizona voting law was part of a package that also denied some government benefits to illegal immigrants and required Arizonans to show identification before voting.

The federal "motor voter" law, enacted in 1993 to expand voter registration, requires states to offer voter registration when a resident applies for a driver's license or certain benefits. Another provision of that law -- the one at issue before the court -- requires states to allow would-be voters to fill out mail-in registration cards and swear they are citizens under penalty of perjury, but it doesn't require them to show proof. Under Proposition 200, Arizona officials require an Arizona driver's license issued after 1996, a U.S. birth certificate, a passport or other similar document, or the state will reject the federal registration application form.

While the court was clear in stating that states cannot add additional identification requirements to the federal forms on their own, it was also clear that the same actions can be taken by state governments if they get the approval of the federal government and the federal courts.

Arizona can ask the federal government to include the extra documents as a state-specific requirement, Scalia said, and take any decision made by the government on that request back to court. Other states have already done so, Scalia said.

The Election Assistance Commission "recently approved a state-specific instruction for Louisiana requiring applicants who lack a Louisiana driver's license, ID card or Social Security number to attach additional documentation to the completed federal form," Scalia said.

The case is 12-71, Arizona v. Inter Tribal Council of Arizona, Inc.

52

**Non-citizens caught voting in 2012 presidential election in key swing state**
By Eric Shawn

Published December 18, 2013
FoxNews.com



Ohio Secretary of State Jon Husted announced Wednesday that his office found 17 non-citizens illegally cast ballots in the 2012 presidential election -- and has referred the case for possible prosecution.

The alleged crime would be a notable case of voter fraud in a key swing state. By law, only American citizens are allowed the privilege of casting ballots for the nation's leaders.

Ohio officials say that did not stop some from getting around the system.

"I have a responsibility to uphold election law, and under both federal and state law you must be a citizen to vote," said Husted, a Republican who has aggressively tried to investigate voter fraud cases in his state.

Husted also found that 274 non-citizens remain on the voting rolls.

President Obama beat Mitt Romney in Ohio by just 2 percentage points in November 2012.

As part of Ohio's efforts to clean up the voting rolls, election officials discovered that more than 257,000 dead people were still listed as active voters. Their names and status, Husted said, have since been removed.

In addition, election authorities note they have drastically reduced the number of duplicate registrations, from 340,000 in 2011 to just four this past November -- and that more than 370,000 Ohio voters who have moved have been contacted to update their voting information.

"Now that we have the ability to cross-check citizenship information with Ohio's voter rolls, I will continue to be vigilant and to push the General Assembly for additional tools to modernize our elections systems, making it easy to vote and hard to cheat," Husted said.

Voting advocates have long complained that some of the country's voter fraud investigations amount to voter suppression, aimed at preventing minorities and others from voting. But supporters say the efforts only are aimed at preventing voter fraud and maintaining the integrity of the electoral process.

The new investigation comes after election officials secured several voter fraud convictions stemming from last year's election in Ohio, including that of one poll worker who was accused of voting six times in the November presidential election.

Melowese Richardson, 58, is serving five years in prison after being convicted of four counts of voter fraud. Prosecutors said she repeatedly had voted in the name of her sister, who has been in

a coma since 2003, and that the illegal votes Richardson cast were counted in both the 2008 and 2012 presidential elections. She also was accused of illegally voting in November's election in the names of other people, including her granddaughter India Richardson, who told Fox News that "it wasn't a big deal."

A Cincinnati nun also pleaded guilty to illegal voting as part of the ongoing voter fraud investigation.

The new cases of non-citizen voting are being referred to local prosecutors.

*Follow Eric Shawn on Twitter: @EricShawnonFox*

54

**Big city political machines and Boss Tweed**

**Political machines** were organized groups of dishonest politicians who had two main goals:
- Get the group's own candidates elected to all of the top jobs in the city government.
-
- Once in control of the city government, use that power to make the leaders of the organization rich.
-

The top man in a political machine was called the city "Boss." The most famous example was William M. Tweed, shown on the right. From around 1860 until 1872, Boss Tweed ran a political machine that had control of New York City's government.

**How they won elections**

To win elections, a political machine depended mainly on the votes of the immigrants pouring into America's cities.

The organization would have supporters in all the city's neighborhoods. They would meet new immigrants and give them help of various kinds, such as help finding a job or a place to live. On election day, the machine's supporters would make sure the immigrants knew who to vote for to return the favor.

The drawing in the newspaper below shows Boss Tweed's political machine signing up a group of immigrants just before an election. At times, political machines used fraud to win elections. For example, supporters of the organization could be sent out to vote multiple times in different neighborhoods using different names at each voting place.



(10 ILCS 5/Art. 14 heading) **[EXHIBIT 11]**
ARTICLE 14. JUDGES
(IN MUNICIPALITIES UNDER
BOARDS OF ELECTION COMMISSIONERS

(10 ILCS 5/14-3.1) (from Ch. 46, par. 14-3.1)
    Sec. 14-3.1. The board of election commissioners shall,
during the month of July of each even-numbered year, select
for each election precinct within the jurisdiction of the
board 5 persons to be judges of election who shall possess
the qualifications required by this Act for such judges.
The selection shall be made by a county board of election
commissioners in the following manner: the county board of
election commissioners shall select and approve 3 persons
as judges of election in each election precinct from a
certified list furnished by the chairman of the county
central committee of the first leading political party in
that precinct; the county board of election commissioners
also shall select and approve 2 persons as judges of
election in each election precinct from a certified list
furnished by the chairman of the county central committee
of the second leading political party in that precinct. The
selection by a municipal board of election commissioners
shall be made in the following manner: for each precinct, 3
judges shall be selected from one of the 2 leading
political parties and the other 2 judges shall be selected
from the other leading political party; the parties
entitled to 3 and 2 judges, respectively, in the several
precincts shall be determined as provided in Section 14-4.
However, a Board of Election Commissioners may appoint
three judges of election to serve in lieu of the 5 judges
of election otherwise required by this Section to serve in
any emergency referendum, or in any odd-year regular
election or in any special primary or special election
called for the purpose of filling a vacancy in the office
of representative in the United States Congress or to
nominate candidates for such purpose.

(10 ILCS 5/14-3.2) (from Ch. 46, par. 14-3.2)
    Sec. 14-3.2. In addition to the list provided for in
Section 14-3.1, the chairman of the county central
committee, or each ward committeeperson in a municipality
of 500,000 or more inhabitants, of each of the 2 leading
political parties shall furnish to the board of election
commissioners a supplemental list, arranged according to
precinct in which they are to serve, of persons available
as judges of election, the names and number of all persons

*56*

listed thereon to be acknowledged in writing to the county chairman or ward committeepersons, as the case may be, submitting such list by the board of election commissioners. The board of election commissioners shall select from this supplemental list persons qualified under Section 14-1, to fill vacancies among the judges of election. If the list provided for in Section 14-3.1 for any precinct is exhausted, then selection shall be made from the supplemental list furnished by the chairman of the county central committee or ward committeepersons, as the case may be, of the party. If such supplemental list is exhausted for any precinct, then selection shall be made from any of the persons on the supplemental list without regard to the precincts in which they are listed to serve. No selection or appointment from the supplemental list shall be made more than 21 days prior to the date of precinct registration for those judges needed as precinct registrars, and more than 60 days prior to the date of an election for those additional persons needed as election judges. In any case where selection cannot be made from the supplemental list without violating Section 14-1, selection shall be made from outside the supplemental list of some person qualified under Section 14-1.
(Source: P.A. 98-1171, eff. 6-1-15.)

(10 ILCS 5/14-4) (from Ch. 46, par. 14-4)
    Sec. 14-4. The leading political party represented by a minority of all the commissioners in the board shall be entitled to 2 of the judges in each precinct with an even number, and 3 of the judges in each precinct with an odd number, and the other leading political party shall be entitled to 3 judges in the even and 2 judges in the odd number precincts; and if only 3 judges of election serve in each precinct, the leading political party represented by the minority of all the commissioners in the board shall be entitled to one of the judges of election in each precinct with an even number, and 2 of the judges of election in each precinct with an odd number, and the other leading political party shall be entitled to 2 judges of election in the even and one judge of election in the odd number precincts; and it shall be the duty of such commissioners to observe this division in all respects in making such appointments; except that this Section does not apply to appointments by county boards of election commissioners under Section 14-3.1.
(Source: P.A. 91-357, eff. 7-29-99.)

2



**Chicago**
**Board of Election Commissioners**

RICHARD A. COWEN
COMMISSIONER

69 West Washington, Suite 800
Chicago, Illinois 60602

Phone: 312-269-7920
Fax: 312-269-1600

Summer, 2010

*[EXHIBIT 12]*

Dear Republican Voter,

On Election Day the most important person is the voter.

The next most important person is the judge of election in your precinct. Judges are responsible for ensuring that the election is conducted properly and that there is no improper electioneering at the polls.

I am writing to you because there is a shortage of Republican judges of election. This shortage is of grave concern to everyone in the election process.

Judges are now paid $120.00 for the day and $50.00 for attending a 4 hour training session. We need your help and I urge you to agree to serve as a judge by completing and returning the enclosed application.

If you are willing to serve as a judge of election for the November 2010 election, please return the application in the enclosed postage paid envelope.

You may fax the application to me at 312-269-1600. If you have any additional questions, please contact my assistant Patti Battista at 312-269-7920.

Yours very truly,

*Richard*

Richard A. Cowen
Republican Commissioner

Enclosure
RAC/pb

58

Don't Let Chicago Democrats Steal the Election!　　　　　　　　　　　　　　　　　　　　　　　2/10/16, 1:37 AM

From: Chicago Republican Party <info@gop-media.com>
To: maisha7 <maisha7@aol.com>
Subject: Don't Let Chicago Democrats Steal the Election!
Date: Thu, Sep 16, 2010 9:30 am


[EXHIBIT 13]

Please forward to your friends



# CHICAGO REPUBLICAN PARTY
*How much is enough?*

BECOME AN
## ELECTION
## JUDGE

*Don't let Chicago Democrats steal the election*

Fellow Republicans,

A desperate Chicago Democrat Machine will be down to its last ditch strategy: steal the election in Cook County. But YOU can help stop them!

Your Republican Party in Chicago and suburban Cook is very short of Election Judges for polling places on Election Day, November 2, 2010. If these positions are not filled by "real" Republicans by next Monday, September 20, 2010, the Republican Judge slots will be filled at random by those applying over the counter at the Chicago Board of Election Commissioners and the Cook County Clerk's office. These people are not required to be actual Republicans, and few if any will be. Any remaining slots in the City will be filled by Chicago Aldermen for the respective Wards. You can count on those "Republican" judges to be Democrat hacks.

Can you serve as an Election Judge in your neighborhood on November 2, to change Illinois forever for the better? Judges of Election conduct the voting in their precinct. Every candidate on the ballot, and every voter in the state, depends on you to do your job well. It is a long day, from about 6:30 a.m. to 8 p.m., but you earn $125 from the government, and more if you receive official training. The greatest satisfaction is a country served, a community protected from fraud and a republic finally moving in the right direction.

If you can serve, or would like to hear more, please contact us at
, or call Peter Bella, Executive Director of the Chicago Republican Party
at 773-235-9467. Thank you!

Eloise Gerson
Chicago Republican Party - Chairman

Voter Fraud Could Decide Next Election | ACGR's "News with Attitude"                    2/8/16, 11:48 AM

 a4cgr.wordpress.com                                    https://a4cgr.wordpress.com/2012/02/16/07-736/

# Voter Fraud Could Decide Next Election

*Gary DeMar, Godfather Politics*
*2/15/2012*

$[EXHIBIT 14]$

Reports are coming in that the voter rolls have been
faked. We knew that the voter rolls were padded in
places like Chicago, but now we're learning that the
fraud is more widespread than we ever could have
imagined. The question is, can we do anything to
stop it?



In the days of the Soviet Union, Communist leaders
would generally get 95 percent of the vote, and
nearly every eligible voter voted.

A new report by Pew Center on the States estimates
that among 24 million voter registrations, about one out of every eight are either no longer valid
or are inaccurate. Of the invalid or inaccurate registrations, 1.8 million belong to deceased
individuals and 2.75 million belong to people who are registered to vote in more than one state.

*And now... the rest of the story. .....*

## The Detroit News



[EXHIBIT 15]

NOVEMBER 6, 2012

# Hopeful Chicago awaits results

BY KIM KOZLOWSKI / THE DETROIT NEWS

*Chicago* — A friend offered Maisha Hamilton a coveted ticket to an election returns watch party hosted here Tuesday night by President Barack Obama.

But Hamilton, 64, declined.

That's because Hamilton is a self-described "rare breed" in Chicago: An African-American woman who's a Republican living in the heart of Obama country but who voted for his Republican challenger, Michigan native Mitt Romney.

"I believe he is the best person to move this country forward," said Hamilton, a retired psychologist. "His polices and plans he spoke about in building businesses and creating opportunities for people are really important."

But most people in Chicago, Obama's hometown, would disagree. They said the nation's 44th president has demonstrated leadership, enacted policies to boost the nation and shown he cares about all people, no matter their race, income, gender or sexual preference.

"I do see change," said Ruth Lewis Knight, a retired educator who lives a few blocks away from where Obama lived before he moved to the White House. "And I believe he is going to win tonight. He really does care about people and is willing to fight for everyone. He's not someone who's cavalier."

Hamilton was working at an election precinct and Lewis Knight was walking her dog in Chicago's Hyde Park. Obama returned to his hometown Tuesday to either embrace four more years as president or acknowledge a presidential legacy cut short.

Many who live here were certain voters would re-elect a president who has been challenged by the nation's struggling economy.

"Voters are happy," said Charlene Baity, an election worker in Obama's neighborhood. "They are fired up and ready to go."

Obama arrived here after a marathon of campaigning in swing states that concluded in Iowa on Monday night.

He made an unannounced stop Tuesday morning at a campaign field office, where he made calls to encourage voters to go to the polls, expressed appreciation to his supporters and also thanked Romney for a vigorous campaign.

61

Obama also held interviews for the media in swing states, played his traditional Election Day basketball game and was planning to have dinner with his family and watch the election returns before heading to McCormick Place convention center for a private celebration with volunteers and supporters.

Although thousands of people were expected to show up at the ticketed indoor event, the gathering is different from the celebration held in Chicago in 2008. Then, the Obama campaign hosted an outdoor election watch attended by nearly 250,000 people at Grant Park, when many were anticipating the historic election of Obama, the nation's first African-American president who promised to usher in a more hopeful chapter in politics.

For those without a ticket, CNN was hosting an outdoor election watch party at the James R. Thompson Center in the Chicago Loop area.

Among those who planned to attend the private event included Tony Woobs, a volunteer who knocked on the doors of hundreds of voters in Iowa, Milwaukee and Wisconsin.

"They people we talked to were so excited," said Woobs, a towing and auto repair business owner who campaigned with his wife. "They want to keep this hope alive and keep the change going."

*kkozlowski@detnews.com*

*(313) 222-2024*

© Copyright 2012 The Detroit News. All rights reserved.

62

# Electronic voting machines in Illinois easily manipulated

**From Ballotpedia**

**10/22/2008**

**Bob Wilson, an election judge since 1968 and a current member of the Illinois Ballot Integrity Project believes current electronic voting machines invite fraud.** "With a few strokes, you can change 10,000 ballots," Wilson said in an interview on Wednesday. Cook County clerk David Orr is confident that the machines will not be used in any fraudulent way. "If anyone tried to install, you know, some malignant software of some kind, we would catch that," Orr stated. [1]

According to the New York University School of Law's recent report "Is America Ready to Vote?" Illinois is one of 10 states that does not follow all recommended practices for authenticating ballots after voting is completed. [1]



## References

1. ↑ [1.0] [1.1] *ABC News 7* , The Machine Vote ,10-22-08 (http://abclocal.go.com/wls/story?section=news/iteam&id=6465381)

## See also

- Illinois vote fraud news archive



|  | **Sunshine on**<br>**Illinois Elections** | - Vote Fraud in Illinois<br>- Voting laws in Illinois<br>- Illinois Election Agencies | - Illinois Hub<br>- E-poll watchers<br>- Portal: Vote fraud |
|---|---|---|---|

Retrieved from "http://ballotpedia.org/wiki/index.php/Electronic_voting_machines_in_Illinois_easily_manipulated"
Categories: Vote fraud news | Illinois vote fraud news | October 2008 | Electronic voting fraud news

- This page was last modified on 30 March 2009, at 13:59.
- Content is available under GNU Free Documentation License 1.2.

63

**Trump MUST make an issue of electronic voting machines w/no paper trails — Or Hillary will steal the election. Major voting machine companies actually donated heavily to the Clinton Foundation.**

Submitted by IWB, on July 11th, 2016

Lee Camp reveals a new damning Stanford University study showing that major voting machine companies actually donated heavily to the Clinton Foundation AND produced non-verifiable electronic voting results that drastically favored Hillary in an absurd contrast to 337 pre-election polls. This and more on Redacted Tonight.

Trump, at his rally in North Carolina, agreed with Bernie Sanders, in that the Democrat primaries were all rigged, and that there was major fraud taking place, though the media covers it all up. That is why the media despises both men, because they tell the truth. The media is controlled by the same crooks as those who push Hillary, and are the same crooks whom are over the rigged electronic voting machines. Many are directly involved in the Clinton Foundation. On top of this, are the use of DNC super delegates, which is nothing but another way of rigging an election. How a Democrat could sleep at night, let alone, stay as a member of that party, is beyond me, as that party has lied to their own members a multitude of times. One would think, that the Democrats whom are not the far left, (the Democrat middle and right, whom are not responsible for all of this), would take their party back. Maybe, they should dig into the histories of those running the DNC, whom are the far left. I would bet that they find many, with ties to not only the Clinton Foundation, but the Communist Party. It seems as if they wish to live in the land of denial. The DNC is no longer the party of Jefferson, and has been controlled by certain anti-American groups, since the early 1980s, hiding under the title of "Progressives".



64

# statistical voting machine manipulation

 **mail.aol.com**

Electronic voting machine manipulation can bring election fraud into realms of undetectibility previously undreamed of. If a clever programmer were to insert malicious code in the right place in the tabulation software, he or she could flip a minimum number of votes but spread over a maximum number of polling stations. This could achieve a win for his or her preferred candidate with the tampering being impossible to detect without an expensive and extensive audit of the results. All too often, such audits are not even possible thanks to electronic machines with no paper trail whatsoever. ...

My conviction that our voting process has been subject to widespread corruption is based on statistical analyses, my own and that of others. I cannot expect non-statisticians to be as convinced as I am because the analyses require some complex math. But it shouldn't require a Ph.D. in statistics to spot a phony count. Faith in our voting system should not be based on a process that requires expert analysis to make a judgment about its honesty. An untrustworthy election system is a time bomb.

Elizabeth Clarkson,
RealClearPolitics

Chicago Tribune 10-1-16

*EXHIBIT 18*

# Study shows voting irregularities linked to companies that donated to the Clinton Foundation

thebernreport.com/study-shows-voting-irregularities-linked-to-companies-that-donated-to-the-clinton-foundation/

Rodolfo Cortes Barragan  7/4/2016

## Voting irregularities linked to companies that donated to the Clinton Foundation.

By **Axel Geijsel**, Tilburg University & **Rodolfo Cortes Barragan**, Stanford University

> *"There is no reason to trust insiders in the elections industry."- Jimmy Carter, 39th U.S. President*

Today is the Fourth of July. Millions of Americans are celebrating independence from an Empire that refused to allow our forefathers equal representation in its legislature. We Americans like to believe that in this day and age, we have reached the apex of democracy. Yet, throughout the history of the our nation, millions of people have struggled and fought to have their voices heard and their votes counted. In light of our history of disenfranchisement, where do we stand today? Are all of us heard and represented equally? Or are some more equal than others?

A few weeks ago, we reported that in her contest against Vermont Sen. Bernie Sanders, former Secretary of State Hillary Clinton won by a much larger margin in states that do not have a paper trail to the placed votes. We suggested that a targeted electronic drain of Sanders votes may have taken place in these states, as it is there that vote manipulation is easiest to hide. In this new study, we uncover new information that suggests to a concerted effort to swing the election in favor of Hillary Clinton.

Specifically, we move beyond comparing the official results to the controversial exit polls. Instead, we examine a relatively neglected set of numbers: The expected result based on pre-election polls of likely voters. 337 such polls are listed on the database provided by Real Clear Politics, representing 139,231 voters across 34 primary states.

We found that while the polls were quite successful at predicting Clinton's numbers in states with paper trails (just a statistically inconsequential 1% difference), Clinton over-performed by an average of 9% in the states that use electronic voting machines but fail to provide paper evidence of this vote:

66

Study shows voting Irregularities linked to companies that donated to the Clinton Foundation - The Bern ReportThe Bern Report     10/14/16, 7:57 AM



## Clinton beat expectations ONLY in states that use unaccountable electronic voting machines

- ▨ % Clinton in Pre-Election Polls of Likely Voters
- ■ % Clinton in Official Result on Primary Nights

**States with paper trails to placed votes**     **States with unaccountable voting machines**

Thus, pollsters were quite accurate in predicting the outcome, but only in states where fraud is hardest to hide. This situation is completely flipped in the states where the placed vote cannot be verified, as the vote only ever existed in the machines.

It is quite possible that the vote in these states was, in fact, manipulated. Studies conducted by teams of computer scientists at Princeton, NYU, and UCSD show that the machines from all major companies, such as the AVC Advantage made by Sequoia (now owned by Dominion), have severe security issues and are very vulnerable to network viruses. Despite this fact, there is very little state or federal regulation of the machines, and regulations regarding intellectual property have often prevented independent research.

Apart from the security problems, many researchers have posited that the biggest danger does not come from the outside, but from the inside. Most of the election companies have been mired in controversy, both in terms of conflicts of interest and having been convicted of white collar crime.

The companies have done very little to dispel the controversies, and even added fuel to the fire. For example, in 2003, Walden O'Dell, CEO of Diebold and a top fundraiser for George W. Bush, wrote in one of his fundraising pitches to the Republicans that they were "committed to helping Ohio deliver its electoral votes to the President."

Additionally, in 2008 and 2012 two major candidates, McCain and Romney, were not only financially interconnected with two of the major electronic voting companies, but they were also shown to benefit from severe statistical irregularities in voting patterns. One could ask whether these same patterns are also found in the 2016 primary election.

Interestingly, much information has recently come to light about the Clinton candidacy. Notably, the hacker Guccifer 2.0 released documents which he took from the computer network of the Democratic National Committee. Among

67

these files, one tabulated a list of big-money donors to the Clinton Foundation. One fact has gone unreported in the media: Two of the three companies that control the electronic voting market, namely Dominion Voting and H.I.G. Capital (i.e. Hart Intercivic), are in this list of big-money donors.

To examine the possibility that the products linked to these companies had been used to commit electoral fraud, we borrowed the methodology of a paper by Francois Choquette and James Johnson (C&J). Their paper is based on one of the basic principles in the biological and social sciences: As the amount of data increases, the measurement of the average approaches the 'true' average. In other words, as more data is added, the average fluctuates less and less.

What C&J found is that, both in the 2008 and 2012 cycles, this basic principle was violated only in the case of pro-corporate candidates. McCain and Romney kept gaining a greater and greater share of the vote at large precincts, while non-corporate candidates did not. The explanation C&J provide is that if one person (or multiple people) would aim to hack the vote, they may choose to do it primarily where they can have the most influence and where the fraud would also be the easiest to hide. Essentially, they would hack the bigger precincts.

Using the method described by C&J, we analyzed the Democratic and Republican primaries for Louisiana. The reason why we picked this state is because of the strong discrepancy between the likely voter intent and the reported results (which was 12% in favor for Clinton), because of the fact that their statewide data is readily downloadable, and, finally, because each precinct in this state used the same type of electronic voting machine.

When we looked at the results of the Republican primaries, we did not observe that any candidate kept gaining a larger and larger share of the vote at larger precincts (meaning the lines were relatively stable as precinct size increased). However, when we looked at the Democratic primaries, we observed severe abnormalities. Namely, the share of votes that Hillary Clinton received kept increasing (leading to a whopping 25%). This type of statistical abnormality is seen in almost every parish (county). It does not appear in any parish for the Republican primary:

## Louisiana primaries : Abnormalities

### Republican          Democratic



■ No abnormality          ▨ Abnormality (favoring Clinton)
■ Abnormality (favoring Sanders)  ■ Strong abnormality (favoring Clinton)

**No abnormalities**      **85% abnormal**
                          (98% of which favor Clinton)

∠8

As such, in Louisiana, a state with solely electronic voting, Sen. Sanders is the only candidate in either party to face an overwhelming disadvantage at larger precincts. Again, this does not simply reflect an urban vs. rural distinction. There are large precincts in small towns and small precincts in big cities.

Why would voters in larger precincts favor one candidate over the other by such a wide margin? We have been unable to come up with a reasonable psychological or sociological reason that would apply *only* to voters voting in the Democratic primary.

In conclusion, the data suggests that Clinton won in counties and in states where Clinton Foundation donors are responsible for the voting machines. Thus, we strongly believe that the risk posed by unverifiable electronic voting should not be taken. Our country should go back to verifiable voting. An honest election is more important than a day of labor.

We can return to our initial question: Is everyone represented equally in our country? As President Jimmy Carter has written, and as Harvard research has shown, the U.S. has turned into an oligarchy. The votes of the rich seem to weigh more than the votes of the poor. Is this the country we want to leave for our children?

*Note: Additional analyses and a response to the critics of our initial report can be found in our Appendix. Lastly, we are both full-time students (with big loans) who are working part-time while doing this research (much more is to come). If you are able to help us in our effort, please visit our GoFundMe. Thank you.*

69

# Hack exposes weak spots in voting
## Electronic systems remain vulnerable



By Craig Timberg and Andrea Peterson    The Washington Post    Chgo Trib 8-31-16

Reports this week of Russian intrusions into U.S. election systems have startled many voters, but computer experts are not surprised. They have long warned that Americans vote in a way that's so insecure that hackers could change the outcome of races at the local, state and national level.

Multibillion-dollar investments in better election technology after the troubled 2000 presidential election count prompted widespread abandonment of flawed paper-based systems. But the rush to embrace electronic voting technology created new sets of vulnerabilities that have taken years to fix.

"There are computers used in all points of the election process, and they can all be hacked," said Princeton computer scientist Andrew Appel, an expert in voting technologies. "So we should work at all points in that system to see how we make them trustworthy even if they do get hacked."

The alleged Russian hacks to voter registration systems in Arizona and Illinois exposed one of the major weak spots in election systems.

Deleting or altering data on voter rolls could cause mayhem on Election Day, disenfranchising some voters. Many voting machines themselves also are vulnerable, especially touch-screen systems that do not create a paper record as a guard against fraud or manipulation.

Several swing states, including Florida, Pennsylvania and Virginia, are struggling to rid their polling stations of insecure touch-screen systems. Other states, such as Georgia and New Jersey, still use them at every polling station.

At stake are not just the results themselves.

Faith in the reliability and transparency of balloting, experts say, are crucial to democracy, especially in a year when allegations of voting irregularities already have been aired by politicians.

While there are few documented cases of electronic systems producing flawed voting results in the United States, experts say fears of potential hacks by foreign intelligence services are legitimate. Government databases of all sorts have been routinely pilfered by hackers for years, meaning that voter rolls likely are vulnerable too.

"I am not an expert on reading Vladmir Putin's mind, and I don't know what he's up to if anything, but if your goal is to simply cause chaos, then destroying the voter registration databases would be an excellent way to cause chaos," said Dan Wallach, a Rice University computer science professor.

70

When it comes to voting machines, experts say the most secure systems rely on the strengths of old technologies and new ones. Voting machines with optical scanners, for example, use computer technology to read paper ballots in which voters fill in a bubble next to their preferred candidates. This creates both an electronic tally and a paper record, as do some newer touch-screen systems.

The combination is difficult for even the most sophisticated hackers to defeat. Some states require automatic auditing of selected results to verify that computerized and paper totals are the same.

In the case of controversy, recounting is a possible remedy.

Systems that collect only digital records offer many possible targets for hackers — at polling machines, at counting stations and on the computers that collect and tally up overall results for a jurisdiction.

Princeton researchers showed in 2006 that one widely deployed electronic voting machine was vulnerable to a virus that could be carried on cartridges used to collect totals.

Once installed, such a virus could quietly tweak results for years without detection.

Even when electronic systems are insecure, paper records allow for auditing and verification. Such reviews have caught software errors that could have affected the outcomes of elections.

In a 2006 Republican Primary in Pottawattamie County, Iowa, an election official noticed that a little-known candidate was close to beating a popular incumbent. When the official ordered a hand count of the ballots, they uncovered a programming mistake that was tipping the election toward the challenger.

Maryland recently switched to secure optical scanners for its elections. Virginia has been upgrading its systems and is expected to complete the transition by 2020.

The nationwide trend is toward adoption of systems that produce paper and electronic records; they are deployed universally in 35 states and in many counties elsewhere, says Verified Voting Foundation, a California-based nonprofit group that monitors voting technologies.

Pamela Smith, president of Verified Voting Foundation, estimated that more than 75 percent of U.S. voters cast ballots on machines that create a reliable paper trail.

"Those physical records of voter intent can be used for a post-election audit to check the software on a system counting the votes or if a candidate requests a recount or one is required because the margin of victory is small. It lets election officials use that record to demonstrate that the count was correct."

More than just vote tallies can be in peril.

*71*

The alleged Russian intrusions into voting systems in Arizona and Illinois, which prompted the FBI to issue warnings to election officials in June, could have targeted voter lists or other personal data kept on state databases. Altering lists of registered voters could potentially cause long lines or other problems on Election Day, leading some people to not cast ballots.

The 2000 presidential election, won by George W. Bush after months of wrangling over "butterfly ballots," "hanging chads" and other flaws with paper balloting systems, prompted Congress to outlaw punch ballots and allocate $3 billion to help states switch to supposedly secure electronic systems.

Much of the first wave of new technologies, however, left no paper record of voter intent and often relied on outdated hardware and software. Technology experts warned of the security risks, but several states made major investments in flawed machines before there was widespread consensus among election officials that paper verification was essential.

"The systems are absolutely horrible," said Joe Hall, chief technologist for the Center for Democracy and Technology. "Some of these systems are essentially 15- to 20-year-old computers, and there's only so much you can do to try to protect them, unfortunately."

## Computer Programmer Testifies Under Oath He Coded Computers to Rig Elections

By Matt Agorist  *ExHIBIT 21*

http://www.activistpost.com/2016/03/watch-computer-programmer-testifies-under-oath-he-coded-computers-to-rig-elections.html

*"It is enough that the people know there was an election. The people who cast the votes decide nothing. The people who count the votes decide everything."* – Joseph Stalin (allegedly)

One thing in US history is consistent throughout every single election cycle — allegations of voter fraud. These allegations, however, are not the ramblings of a kook with tinfoil wrapped around his head, they are substantiated and reach as high as the Supreme Court. Don't believe it? Ask Al Gore and George W. Bush.

If you think that the ruling class would leave it up to the voters to decide who gets elected, you should think again. Every single candidate who actually challenges the status quo becomes a target.

This year is one of the worst years ever for voter fraud, as it's been captured on video — multiple times.

Last Month, Hillary Clinton declared herself the winner of the Democratic Party in the much-anticipated Iowa caucuses. Immediately after the 'victory,' Clinton went on CNN to bask in her counterfeit fame.

"I am so thrilled," Clinton told Wolf Blitzer in an interview Tuesday afternoon. "My luck was not that good last time around, and it was wonderful to win the caucus, to have that experience."

However, fraud was so rampant that a C-SPAN video caught it. Clinton's 'victory' would have nothing to do with 'luck,' and her premature declaration of the "razor thin" tie, was no mistake.

When campaign minions aren't fudging the physical vote count, computers, tasked with tallying the vote, are susceptible to hacking.

In 2006, the documentary Hacking Democracy, exposed Diebold and their role in rigging elections with their electronic voting machines.

*73*

Clinton Eugene "Clint" Curtis is an American attorney, computer programmer and ex-employee of NASA and Exxon Mobil, who also exposed election hacking.

He is notable chiefly for making a series of whistleblower allegations about his former employer and about Republican Congressman Tom Feeney, including an allegation that in 2000, Feeney and Yang Enterprises requested Curtis's assistance in a scheme to steal votes by inserting fraudulent code into touch screen voting systems.

Curtis is seen in the video below testifying under oath in front of the U.S. House Judiciary Members in Ohio.

He tells the members how he was hired by Congressman Tom Feeney in 2000 to build a prototype software package that would secretly rig an election to sway the result 51/49 to a specified side.

After watching the video, you'll know why true *change* is hard to come by.

*Matt Agorist is an honorably discharged veteran of the USMC and former intelligence operator directly tasked by the NSA. This prior experience gives him unique insight into the world of government corruption and the American police state. Agorist has been an independent journalist for over a decade and has been featured on mainstream networks around the world.*

*Follow @MattAgorist*

**Maisha Hamilton, Ph.D.**
4227 S. Oakenwald Avenue, Apt. 1108
Chicago, IL 60653

773-243-9619
bobbieham9@aol.com

March 8, 2016

$\left[ EXHIBIT\ 22 \right]$

Dear Senator Cruz,

This letter is written to express my heartfelt belief that you must win this election if our Republic is to survive. In 1863, President Abraham Lincoln wrote the eloquent words, "...that this nation, under God, shall have a new birth of freedom -- and that government of the people, by the people, for the people, shall not perish from the earth.

If a person who is not guided by the Constitution and the Bible wins this election, we can be sure that our Republican Form of Government, as guaranteed in Article IV §4 of the Constitution, will perish. Donald Trump is a ~~narcissistic~~, billionaire, reality TV star and that's it, that's all. Hillary Clinton is a cold, calculating, liberal billionaire claiming an entitlement. Bernie Sanders is a socialist, which is the opposite of a republican form of government. Marco Rubio cannot be taken seriously when he repeatedly failed to show up to vote. And John Kasich just does not inspire confidence that he's ready. You're it!

The Bible and the Constitution guide my life too. And my father taught me and I tried to teach my children to stand for what is right even if you find yourself standing alone. We need a president who will do what is right for the people even if costs him popularity with those who are doing what's expedient or personally profitable.

I believe I can mobilize masses of black, brown, and low-income voters, including not only those who are already registered, but also those who, thus far, have not seen any reason to register. Please review the campaign ads that I wrote for you that exemplify messages that could energize the electorate and propel you to a landslide victory.

Although I would like to volunteer, I cannot afford to do so. I used to be middle class but the foreclosure crisis reduced me to subsistence on a small fixed income. I am willing to work with your campaign from now until we claim the victory in November. I might also mention that I possess some powerful opposition research data that make it impossible for Hillary Clinton or any Democrat to win the election.

Please contact me directly or through your campaign manager. I could start work right away. We should record a campaign ad or two before Tuesday. We have no time to lose.

God speed!

*Maisha Hamill*

Maisha Hamilton, Ph.D.

75

**Maisha Hamilton, Ph.D.**
P.O. Box 4734
Chicago, IL 60680-4734

773-243-9619
Republican USA.org

## Ted Cruz for President Campaign Ads to Enlarge the Tent and Propel Victory

I am only one, but I am one. I cannot do everything, but I can do something. And I will not let what I cannot do interfere with what I can do. These are great words for a great people to live by, especially at this moment in our history. I, for one, am asking each one to tell someone and take at least one to vote for Ted Cruz for president of the United States. Yes, Ted Cruz is only one, but he is one, and he has not done everything, but he has done many things, and as president he will be in a strong position to do everything it takes to protect and promote the rights and interests of all the People, who are the sovereignty of this great nation. A vote for Ted Cruz is a vote for the People, for you, for me, for your family and for mine.

My father taught me to stand for what is right even if I find myself standing alone. That is the single most important lesson that I tried to teach my own children. Ted Cruz epitomizes that value. Ted Cruz stood alone on the Senate floor, reading Dr. Seuss outloud because the people had spoken. We were demanding that Congress repeal Obamacare, which primarily benefits insurance companies, hospitals, doctors, and drug manufacturers, and replace it with health care policies and a plan that would meet the needs of the People, and their families. Ted Cruz stands for the People. Now it's our turn to stand for Ted Cruz for president.