*ETG*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

Information entered on this form is required for any person party (that is, without an attorney). **Please PRINT legibly.**

16CV9845
JUDGE DER-YEGHIAYAN
MAG. JUDGE ROWLAND

Case Title: Hamilton v RNC    Case

An appearance is hereby filed by the undersigned as a pro se litigant:

Name: Maisha Hamilton

Street Address: PO Box 4734

City/State/Zip: Chicago, IL 60668O-4734

Phone Number: 773-243-9619

_Maisha Hamill_    10/19/2016
Signature    Executed on (date)

### REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[X]  I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

proseme1@aol.com
E-Mail Address (Please PRINT legibly.)

**FILED**
OCT 19 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]