IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Maisha Imani Hamilton | ) | Case No: 16 C 9845 |
| v. | ) | |
| | ) | Judge Samuel Der-Yeghiayan |
| United States of America, et al. | ) | |

## ORDER

The instant action is dismissed. Civil case terminated. All pending motions are denied as moot. [4]

## STATEMENT

This matter is before the court on Plaintiff Maisha Hamilton's (Hamilton) *pro se* motion for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915, "[n]otwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action . . . fails to state a claim on which relief may be granted. . . ." *Id.* Since Hamilton is proceeding *pro se*, the court has liberally construed her complaint.

Hamilton includes in her complaint various generalized allegations relating to federal and state elections. Hamilton indicates that she has concerns in regard to issues such as early voting, absentee voting, voting by felons, and voting by non-citizens. Hamilton contends that "[t]he 2016 federal elections are in a state of chaos." (Compl. Par. 6). Hamilton seeks in this action to petition Congress to "expeditiously draft legislation to enforce" the Constitution and to "take back control from private political factions." (Compl. Par. 7-8). Hamilton also is petitioning Congress to conduct separate elections for state and federal elections, and for legislation that would require paper ballots for federal election and other conditions for federal elections. Hamilton also asks this court to order the Republican National Convention to reconvene and engage in certain procedures regarding the selection of the republican candidates. Hamilton contends that "[i]f the United States is going to survive as a Republic, we the people must elect conservative constitutionalist Ted Cruz to the office of President." (Compl. 31). Although Hamilton in her complaint espouses her views as to the future of this country and how elections should be conducted in this country, and seeks to order the Republican National Convention and Congress to take certain actions, this is not the proper forum in which to present such requests. Hamilton's general statements as to violations of the Constitution, even when liberally construed, fail to suggest a valid federal claim. Therefore, the instant action is dismissed. All pending motions are stricken as moot.

Date: 11/1/16

Samuel Der-Yeghiayan
United States District Court Judge