FILED 15
N'F 3-27-17
MAR 27 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

WYMA  } Case No. 16 C 9945
v.
Cook County, et al  } Honorable Judge Edmond E. Chang

### Receipt of Legal Mail

Im writing this letter 3/20/17 to inform the courts I just received the order Dated February 9, 2017. I have signed receipt today through a logbook in Division 9, tier 3G cell 3283 for verification of receipt. I was to send a USM-285 to Sheriff Dart by 3/6/17 Im asking the court for an extension to put the necessary papers together and receive copies to mail to the Marshals office. I was set to be sentenced on my criminal case 3/17/17 and leave to IDOC 3/20/17, it has been post-poned till 3/24/17 meaning I will head to IDOC 3/27/17, I do not know If I will be able to get to the law library to make copies by then since where im being housed has been on lockdown, I ask that I can receive 30 days from the 3/27/17 date im supposed to arrive at IDOC to properly send the summons.

Thank You,
Christopher WYMA

X [signature]

P.S.
I will need to forward a new mailing address once I receive my ID at IDOC.

Christopher Wyma
2011-1011024
P.O. Box 089002
Chicago, IL 60608

2017 MAR 27 PM 2:13
CLERK
U.S. DISTRICT COURT



03/27/2017-77

S SUBURBAN IL 606
23 MAR 2017 PM 5 L

Prisoner Correspondence
219 S. Dearborn St.
Chicago, IL 60604



60604-170299